### RESOLUTION BY THE MEMBERS OF TIOGA FUEL COMPANY, INC.

WHEREAS, the company is insolvent and unable to pay its debts when due, and

WHEREAS, the company, its creditors, and all interested parties would be best served by liquidation of the company under chapter 7 of the United States Bankruptcy Code, and

WHEREAS, it is necessary for the company to engage counsel to advise the company of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

NOW, THEREFORE, BE IT RESOLVED that Randall Binversie, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the company in bankruptcy proceedings, and

BE IT FURTHER RESOLVED that Randall Binversie, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the company's obligations under the Bankruptcy Code.



*I, Randall Binversie, Principal of Tioga Fuel Company, Inc., do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the officers of the company by unanimous consent on this date, that the resolution is now in full force and effect, and that the officers did and do have authority to adopt the said resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the company on this 7th day of July, 2025.*

*[signature]*

Randall Binversie (Jul 7, 2025 11:20 CDT)

Randall Binversie
Principal