United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12706-djb |
| Tioga Fuel Company Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 08, 2025 | Form ID: 309C | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tioga Fuel Company Inc., Randall Binversie, 2301 E Tioga St., Philadelphia, PA 19134-4614 |
| 15026589 | + | Amerisafe, PO Box 732643, Dallas, TX 75373-2643 |
| 15026590 | + | Atradius Collections, 3500 Lacey Road Suite 220, Downers Grove, IL 60515-2481 |
| 15026591 | + | BBC International, PO Box 434, New Hope, PA 18938-0434 |
| 15026593 | + | Buckeye Energy Services LLC, 4200 Westheimer Rd Suite 975, Houston, TX 77027-4428 |
| 15026594 | + | Butera, Beausang, Cohen & Brennan, 630 Freedom Business Center Suite 108, King of Prussia, PA 19406-1331 |
| 15026596 | #+ | Chaves, Obregon & Perales, LLP, 800 N Shoreline Suite 2000S, Corpus Christi, TX 78401-3759 |
| 15026602 | + | Commonwealth of PA Storage Fund, 2 E. Main Street, Norristown, PA 19401-4915 |
| 15026603 | + | Commonwealth of Pennsylvania, Department of Enviornmental Protection, 2301 East Tioga Street, Philadelphia, PA 19134-4614 |
| 15026606 | + | Everest Business Funding, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 15026607 | + | Fleischer, Fleischer & Suglia, P.C., 601 Route 73 Suite 305, Marlton, NJ 08053-3475 |
| 15026608 | + | Freepoint Commodities, 58 Commerce Rd, Stamford, CT 06902-4506 |
| 15026611 | + | Invision Security, 1000 Germantown Pike Suite D4, Plymouth Meeting, PA 19462-2484 |
| 15026612 | + | James E Holland, CPA, 7 West Main Street, Camp Hill, PA 17011-6327 |
| 15026613 | + | Jim Stampler Wright & Wright, 1532 Tarrington Way, Hatfield, PA 19440-3175 |
| 15026614 | + | Johnson & Johnson Pref Fin Inc, PO Box 26009, Greensboro, NC 27420-6009 |
| 15026615 | + | Keifer Law Firm, LLC, 311 Market Street, Kingston, PA 18704-5428 |
| 15026617 | + | Lamont Tucker, 2104 E Tioga Street, Philadelphia, PA 19134-2612 |
| 15026618 | + | Madeb Law, LLC, 2433 Knapp Street Suite 203A, Brooklyn, NY 11235-1005 |
| 15026619 | + | Mike Ruth, 2856 Sellers Street, Philadelphia, PA 19137-1923 |
| 15026620 | + | Mike Spano & Sons, 3015 E Ontario Street, Philadelphia, PA 19134-6307 |
| 15026622 | + | Monroe Energy, 58 Commerece Road, Stamford, CT 06902-4506 |
| 15026623 | + | New Jersey Register, 971 US Highway 202N Suite A, Somerville, NJ 08876-3757 |
| 15026624 | + | Parkside Funding Group, 1615 Avenue Apt 122, Brooklyn, NY 11229-4418 |
| 15026629 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15026631 | + | Pinnacle Business Funding, 1202 Avenue U Suite 1115, Brooklyn, NY 11229-4107 |
| 15026633 | | Riggins Inc, 3928 South Main Road, Vineland, NJ 08360 |
| 15026634 | + | Riggins, Inc., PO Box 150, Millville, NJ 08332-0150 |
| 15026639 | | SJ Fuel South Co. Inc, 4560 N. Port Washington Rd, Milwaukee, WI 53212 |
| 15026635 | + | Sabin & Associates, Inc., 8729 West Chester Pike, Upper Darby, PA 19082-1185 |
| 15026636 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15026638 | + | Silver Oak Casualty, Incorporated, PO Box 732643, Dallas, TX 75373-2643 |
| 15026640 | + | Sprague Operating Resources, LLC, 185 International Drive, Portsmouth, NH 03801-6836 |
| 15026641 | + | Sunoco, LLC, 8111 Westchester Dr, Dallas, TX 75225-6140 |
| 15026643 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15026645 | + | United Energy, 3801 West Chester Pike, Newtown Square, PA 19073-2320 |
| 15026649 | + | WEX, 1 Hancock Street, Portland, ME 04101-4217 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Jul 08, 2025 | Form ID: 309C | | Total Noticed: 64 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: help@cibiklaw.com | Jul 09 2025 00:21:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + EDI: QRHHOLBER.COM | Jul 09 2025 04:15:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | Email/Text: megan.harper@phila.gov | Jul 09 2025 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jul 09 2025 04:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 09 2025 00:21:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15026595 | Email/Text: Jeff.Lothert@channelpartnersllc.com | Jul 09 2025 00:21:00 | Channel Partners, 10900 Wayzata Blvd Suite 300, Hopkins, MN 55305 |
| 15026597 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 09 2025 00:21:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15026598 | Email/Text: megan.harper@phila.gov | Jul 09 2025 00:21:00 | City of Philadelphia, PO Box 8409, Philadelphia, PA 19101 |
| 15026599 | Email/Text: megan.harper@phila.gov | Jul 09 2025 00:21:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15026601 | Email/Text: megan.harper@phila.gov | Jul 09 2025 00:21:00 | City of Philadelphia Department of Revenue, PO Box 8409, Philadelphia, PA 19101 |
| 15026600 | Email/Text: bankruptcy@philapark.org | Jul 09 2025 00:21:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15026604 | + Email/Text: Bankruptcynotice@cscglobal.com | Jul 09 2025 00:21:00 | Corportion Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 15026605 | ^ MEBN | Jul 09 2025 00:13:43 | Everest Business Funding, 102 W 38th Street 6th Floor, New York, NY 10018-3664 |
| 15026609 | EDI: SYNC | Jul 09 2025 04:15:00 | Home Depot, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |
| 15026610 | EDI: IRS.COM | Jul 09 2025 04:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15026616 | + Email/Text: kmksc@kmksc.com | Jul 09 2025 00:21:00 | Kohner Mann & Kalis, S.C., 4650 N. Port Washington Road, Milwaukee, WI 53212-1991 |
| 15026625 | + Email/Text: bankruptcygroup@peco-energy.com | Jul 09 2025 00:21:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 15026626 | Email/Text: fesbank@attorneygeneral.gov | Jul 09 2025 00:21:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15026627 | EDI: PENNDEPTREV | Jul 09 2025 04:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15026628 | ^ MEBN | Jul 09 2025 00:13:43 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15026630 | Email/Text: bankruptcy@philapark.org | Jul 09 2025 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15026632 | + Email/Text: admin@rsgcollect.com | Jul 09 2025 00:21:00 | Recovery Solutions Group, 1008 Mattlind Way, Milford, DE 19963-5300 |

| Recip ID | | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| 15026637 | + | Email/Text: rtumsuden@sidharvey.com | Jul 09 2025 00:21:00 | Sid Harvey Industries Inc., Collections Department, 605 Locust Streeet, Garden City, NY 11530-6531 |
| 15026642 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 09 2025 00:21:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15026644 | | Email/Text: bankruptcynotices@sba.gov | Jul 09 2025 00:21:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 15026647 | + | Email/Text: megan.harper@phila.gov | Jul 09 2025 00:21:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |
| 15026648 | | Email/Text: PHILAW@weltman.com | Jul 09 2025 00:21:00 | Weltman Weinberg & Reis Co. LPA, 170 S Independence Mall W Ste 874w, Philadelphia, PA 19106-3334 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15026646 | | US Bank, PO Box 790448, St Louis, MT |
| 15026621 | *+ | Mike Spano & Sons, Inc., 3015 E Ontario Street, Philadelphia, PA 19134-6307 |
| 15026592 | ##+ | Bluevine Capital, 30 Montgomery Street Suite 1400, Jersey City, NJ 07302-3857 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2025     Signature:     /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor | Tioga Fuel Company Inc.<br>Name | EIN: 23–2383759 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: 7  7/7/25 |
| Case number: | 25–12706–djb | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Tioga Fuel Company Inc. | |
| 2. | **All other names used in the last 8 years** | dba Wright and Wright Fuel, dba My Philly Heating and Air Conditioning | |
| 3. | **Address** | Randall Binversie<br>2301 E Tioga St.<br>Philadelphia, PA 19134–4614 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email: trustee@holber.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/8/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 13, 2025 at 09:50 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**