**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA - Philadelphia**

| | |
|---|---|
| **RE:** **TIOGA FUEL COMPANY INC** | : |
| | : Bankruptcy Number: 25-12706-DJB |
| | : |
| | : |
| **Debtor** | : Chapter:  7 |
| | : |
| | : |
| | : |
| | : |
| | : |

### REQUEST FOR NOTICES

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

 Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Kevin Grem, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 07/16/2025

By: _____/S/   Kevin Grem_____

Kevin Grem
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-beto-bankreading@state.pa.us

UC-666 03-23 (Page 1)