WWR# 041809001

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tioga Fuel Company Inc.<br>                      Debtor<br><br>Citizens Bank, N.A.<br>                      Movant | CASE NO.  25-12706-djb<br>CHAPTER 7<br><br>**Hearing Date: 09/30/2025**<br>**Hearing Time: 10:00 A.M** |

**CERTIFICATE OF SERVICE**

      I, Milos Gvozdenovic, attorney for Movant, do hereby certify that true and correct copies of the Motion for Relief from the Automatic Stay and Notice of Motion relating thereto has been served on 08/25/2025 upon those listed below:

**Service by First-Class Mail**:

Tioga Fuel Company Inc.
2301 E Tioga St
Randall Binversie
Philadelphia, PA 19134

**and Service by NEF/ECF:**

Michael A. Cibik, Debtor's Attorney at help@cibiklaw.com
Robert H. Holber, Trustee at rholber@holber.com
Office of the U.S. Trustee at USTPRegion03.PH.ECF@usdoj.gov

                                                  /s/ Milos Gvozdenovic
                                                  Milos Gvozdenovic
                                                  Weltman, Weinberg & Reis Co., L.P.A.
                                                  Attorney for Movant
                                                  5990 West Creek Road, Suite 200
                                                  Independence, OH 44131
                                                  216-739-5647
                                                  mgvozdenovic@weltman.com