United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-12706-djb |
|---|---|
| Tioga Fuel Company Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 139 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tioga Fuel Company Inc., Randall Binversie, 2301 E Tioga Street, Philadelphia, PA 19134-4614 |
| intp | + | Parkside Funding Group LLC, 445 Broadhollow Rd., Suite 25, Suite 25, Melville, NY 11747 UNITED STATES 11747-3645 |
| 15026589 | + | Amerisafe, PO Box 732643, Dallas, TX 75373-2643 |
| 15037568 | | Anthony F. Giuliano, Giuliano Law PC, 445 Broadhollow. Rd., Suite 25, Melville, NY 11747-3645 |
| 15037565 | | Anthony Giuliano, Giuliano Law PC, 445 Broadhollow. Rd., Suite 25, Melville, NY 11747-3645 |
| 15026590 | + | Atradius Collections, 3500 Lacey Road Suite 220, Downers Grove, IL 60515-2481 |
| 15026591 | + | BBC International, PO Box 434, New Hope, PA 18938-0434 |
| 15026593 | + | Buckeye Energy Services LLC, 4200 Westheimer Rd Suite 975, Houston, TX 77027-4428 |
| 15026594 | + | Butera, Beausang, Cohen & Brennan, 630 Freedom Business Center Suite 108, King of Prussia, PA 19406-1331 |
| 15029970 | + | CSU - OUCTS, PA Labor & Industry, Department of Labor and Industry, Office of Unemployment Compensation, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 15026596 | #+ | Chaves, Obregon & Perales, LLP, 800 N Shoreline Suite 2000S, Corpus Christi, TX 78401-3759 |
| 15026602 | + | Commonwealth of PA Storage Fund, 2 E. Main Street, Norristown, PA 19401-4915 |
| 15026603 | + | Commonwealth of Pennsylvania, Department of Enviornmental Protection, 2301 East Tioga Street, Philadelphia, PA 19134-4614 |
| 15026606 | + | Everest Business Funding, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 15026607 | + | Fleischer, Fleischer & Suglia, P.C., 601 Route 73 Suite 305, Marlton, NJ 08053-3475 |
| 15026608 | + | Freepoint Commodities, 58 Commerce Rd, Stamford, CT 06902-4506 |
| 15026611 | + | Invision Security, 1000 Germantown Pike Suite D4, Plymouth Meeting, PA 19462-2484 |
| 15026612 | + | James E Holland, CPA, 7 West Main Street, Camp Hill, PA 17011-6327 |
| 15026613 | + | Jim Stampler Wright & Wright, 1532 Tarrington Way, Hatfield, PA 19440-3175 |
| 15026614 | + | Johnson & Johnson Pref Fin Inc, PO Box 26009, Greensboro, NC 27420-6009 |
| 15026615 | + | Keifer Law Firm, LLC, 311 Market Street, Kingston, PA 18704-5428 |
| 15026617 | + | Lamont Tucker, 2104 E Tioga Street, Philadelphia, PA 19134-2612 |
| 15026618 | + | Madeb Law, LLC, 2433 Knapp Street Suite 203A, Brooklyn, NY 11235-1005 |
| 15026619 | + | Mike Ruth, 2856 Sellers Street, Philadelphia, PA 19137-1923 |
| 15026620 | + | Mike Spano & Sons, 3015 E Ontario Street, Philadelphia, PA 19134-6307 |
| 15026622 | + | Monroe Energy, 58 Commerece Road, Stamford, CT 06902-4506 |
| 15026623 | + | New Jersey Register, 971 US Highway 202N Suite A, Somerville, NJ 08876-3757 |
| 15026624 | + | Parkside Funding Group, 1615 Avenue Apt 122, Brooklyn, NY 11229-4418 |
| 15037566 | | Parkside Funding Group, c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 15030553 | + | Parkside Funding Group LLC, c/o ANTHONY F. GIULIANO, Giuliano Law P.C., 445 Broadhollow Rd., Ste. 25 Melville, NY 11747-3645 |
| 15026626 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15026629 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15026631 | + | Pinnacle Business Funding, 1202 Avenue U Suite 1115, Brooklyn, NY 11229-4107 |
| 15037574 | | Pinnacle Business Funding LLC, c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 15030542 | + | Pinnacle Business Funding LLC, c/o ANTHONY F. GIULIANO, Giuliano Law P.C., 445 Broadhollow Rd., Ste. 25 Melville, NY 11747-3645 |
| 15026633 | | Riggins Inc, 3928 South Main Road, Vineland, NJ 08360 |
| 15026634 | + | Riggins, Inc., PO Box 150, Millville, NJ 08332-0150 |
| 15026639 | | SJ Fuel South Co. Inc, 4560 N. Port Washington Rd, Milwaukee, WI 53212 |
| 15026635 | + | Sabin & Associates, Inc., 8729 West Chester Pike, Upper Darby, PA 19082-1185 |

Case 25-12706-djb   Doc 15   Filed 08/27/25   Entered 08/28/25 00:39:33   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 139 | Total Noticed: 71 |

| | | |
|---|---|---|
| 15026636 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15038890 | + | Santander Bank, N.A., c/o Goetz Platzer LLP, Attn: T. Saduto-Carley, One Penn Plaza, Suite 3100, New York, NY 10119-3100 |
| 15026638 | + | Silver Oak Casualty, Incorporated, PO Box 732643, Dallas, TX 75373-2643 |
| 15026640 | + | Sprague Operating Resources, LLC, 185 International Drive, Portsmouth, NH 03801-6836 |
| 15026641 | + | Sunoco, LLC, 8111 Westchester Dr, Dallas, TX 75225-6140 |
| 15026643 |   | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15026645 | + | United Energy, 3801 West Chester Pike, Newtown Square, PA 19073-2320 |
| 15026649 | + | WEX, 1 Hancock Street, Portland, ME 04101-4217 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Aug 26 2025 04:07:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15026595 | | Email/Text: Jeff.Lothert@channelpartnersllc.com | Aug 26 2025 00:07:00 | Channel Partners, 10900 Wayzata Blvd Suite 300, Hopkins, MN 55305 |
| 15026597 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2025 00:07:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15026598 | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | City of Philadelphia, PO Box 8409, Philadelphia, PA 19101 |
| 15026599 | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15026601 | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | City of Philadelphia Department of Revenue, PO Box 8409, Philadelphia, PA 19101 |
| 15026600 | | Email/Text: bankruptcy@philapark.org | Aug 26 2025 00:07:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15026604 | + | Email/Text: Bankruptcynotice@cscglobal.com | Aug 26 2025 00:07:00 | Corportion Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 15026605 | ^ | MEBN | Aug 26 2025 00:03:36 | Everest Business Funding, 102 W 38th Street 6th Floor, New York, NY 10018-3664 |
| 15026609 | | EDI: SYNC | Aug 26 2025 04:07:00 | Home Depot, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |
| 15026610 | | EDI: IRS.COM | Aug 26 2025 04:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15026616 | + | Email/Text: kmksc@kmksc.com | Aug 26 2025 00:07:00 | Kohner Mann & Kalis, S.C., 4650 N. Port Washington Road, Milwaukee, WI 53212-1991 |
| 15026625 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 26 2025 00:07:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 15026627 | | EDI: PENNDEPTREV | Aug 26 2025 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15027461 | + | EDI: PENNDEPTREV | Aug 26 2025 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15026628 | ^ | MEBN | Aug 26 2025 00:03:37 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15026630 | | Email/Text: bankruptcy@philapark.org | Aug 26 2025 00:07:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA |

Case 25-12706-djb   Doc 15   Filed 08/27/25   Entered 08/28/25 00:39:33   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 139 | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-1538 |
| 15026632 | + | Email/Text: admin@rsgcollect.com | Aug 26 2025 00:07:00 | Recovery Solutions Group, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 15026637 | + | Email/Text: rtumsuden@sidharvey.com | Aug 26 2025 00:07:00 | Sid Harvey Industries Inc., Collections Department, 605 Locust Streeet, Garden City, NY 11530-6531 |
| 15026642 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 26 2025 00:07:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15026644 | | Email/Text: bankruptcynotices@sba.gov | Aug 26 2025 00:07:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 15026647 | + | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |
| 15026648 | | Email/Text: PHILAW@weltman.com | Aug 26 2025 00:07:00 | Weltman Weinberg & Reis Co. LPA, 170 S Independence Mall W Ste 874w, Philadelphia, PA 19106-3334 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15026646 | | US Bank, PO Box 790448, St Louis, MT |
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| intp | * | Pinnacle Business Funding LLC, c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 15026621 | *+ | Mike Spano & Sons, Inc., 3015 E Ontario Street, Philadelphia, PA 19134-6307 |
| 15026592 | ##+ | Bluevine Capital, 30 Montgomery Street Suite 1400, Jersey City, NJ 07302-3857 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Parkside Funding Group LLC afg@glpcny.com |
| ANTHONY F. GIULIANO | on behalf of Interested Party Pinnacle Business Funding LLC afg@glpcny.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 139 | Total Noticed: 71 |

CSU - OUCTS, PA Labor & Industry
    ra-li-beto-bankreading@state.pa.us

MICHAEL A. CIBIK
    on behalf of Debtor Tioga Fuel Company Inc. help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MILOS GVOZDENOVIC
    on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com

ROBERT H. HOLBER
    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tioga Fuel Company Inc.
Randall Binversie
2301 E Tioga Street
Philadelphia, PA 19134−4614

Debtor(s)                                                                 Case No: 25−12706−djb

                                                                          Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
23−2383759

_____

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 11/28/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

                                                  For The Court

                                                  Timothy B. McGrath
                                                  Clerk of Court

**Date:** August 25, 2025

                                                            14
                                                       Form 139