**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING THE TRUSTEE TO EMPLOY FLASTER/GREENBERG P.C. AS COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 328 AND FED. R. BANKR. P. 2014**

Robert H. Holber, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Tioga Fuel Company Inc. (the "Debtor") in the above-captioned Chapter 7 case, hereby files this Application (the "Application") for entry of an Order, pursuant to 11 U.S.C. Sections 327 and 328 and Fed. R. Bankr. P. 2014, authorizing the employment of Flaster/Greenberg, P.C. ("FG") as counsel for the Trustee, effective as of the date of this Application. In support of the Application, the Trustee relies upon the Verified Statement of William J. Burnett (the "Burnett Verification") attached hereto as Exhibit "A" and incorporated by reference, and respectfully represents as follows:

1. On July 7, 2025, Tioga Fuel Company Inc. filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Thereafter, the Office of the United States Trustee appointed Robert H. Holber as Chapter 7 Trustee of the Debtor's estate.

3. On or about September 2, 2025, the Trustee selected FG as his counsel and requested that it immediately commence work on his behalf. Through this Application, the Trustee seeks authority to employ FG as of that date.

4.      FG, with offices in Delaware, Pennsylvania, and New Jersey, has extensive experience and expertise in bankruptcy and reorganization proceedings. The Trustee seeks the employment of FG to represent it and perform services for the Trustee in connection with carrying out its fiduciary duties and responsibilities under the Bankruptcy Code consistent with Chapter 7.

5.      Attorneys at FG have broad-based experience and a respected reputation in bankruptcy and reorganization proceedings.  Through FG, the Trustee will have the benefit of such knowledge and experience, as well as the ability to call upon other attorneys within FG with expertise in other specialized areas of law if needed.

6.      Subject to the approval of this Court, FG will charge the Trustee for its legal services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustment.  FG has advised the Trustee that the current hourly rates, which will be charged for the primary members of the FG engagement team for the Trustee, are as follows:

| | |
|---|---|
| William J. Burnett | $690.00 per hour |
| Damien Nicholas Tancredi | $550.00 per hour |
| Jeffrey Rizzo | $385.00 per hour |

From time to time, other FG attorneys may be involved in these cases as needed.  Hourly rates of shareholders and counsel range from $425 to $1,035 per hour, associates' rates range from $305 to $465 per hour, and paralegals' rates are $250 to $475 per hour.

7.      In addition to the hourly rates previously referred to, FG customarily charges clients for actual and necessary costs of support services the firm provides in connection with a representation, including, without limitation, court reporters, transcripts, computerized research, filing fees, photocopying charges, long distance telephone calls, facsimile transmissions,

11677340 v1

11947332 v1

messengers, courier mail, temporary services, travel, lodging, and catering for meetings. Some of these services are provided by FG, in which case the charges are set by FG, and others are provided by third party service providers, in which case the charges are set by the providers. FG will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which FG seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by Order of the Court.

8. The Trustee anticipates FG will perform the following services in connection with the retention: to give the Trustee legal advice with respect to his powers and duties as Trustee; to prepare necessary applications, answers, orders, reports and other legal papers; to pursue any claims or matters as the Trustee shall desire; and to provide any and all other legal services for the Trustee which may be necessary or desirable in connection with this case. Such specific legal services may include but shall not be limited to: (i) negotiating and documenting an appropriate estate carve-out agreement with the secured lender; (ii) preparing and filing a motion to approve such agreement, (iii) filling applications(s) to engage appropriate broker(s) to sell the Debtor's real estate and any furniture, fixtures and equipment (if any), (iv) negotiating and preparing an agreement of sale for the assets to be sold, (v) preparing and filing a sale motion for such assets, and (vi) reviewing claims and liens and objecting to any such claims and liens as appropriate and as directed by the Trustee.

9. The Trustee has been advised that FG will use every effort to staff the engagement in a cost-effective manner, including utilizing the firm's paralegal assistants to handle those aspects of the cases that can best be managed by a paralegal.

11677340 v1

11947332 v1

10. Based on the Burnett Verification, the Trustee believes that FG does not hold any interest adverse to the Debtor's estate and, while employed by the Trustee, will not represent any person having an adverse interest in connection with this case.

11. The Trustee believes that the employment of FG is necessary and in the best interests of the Debtor's estate, enabling the Trustee to carry out his fiduciary duties owed to creditors under the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests the Court to enter the accompanying Order authorizing employment of FG as counsel to the Trustee, pursuant to §§ 327 and 328 of the Bankruptcy Code, as well as Fed. R. Bankr. P. 2014, with compensation and reimbursement of expenses to be paid pursuant to §§ 330 and 331 of the Bankruptcy Code, and in accordance with applicable administrative procedures established by Order of this Court, if any, and for such other and further relief as the Court deems proper and just.

Dated: September 8, 2025    By: /s/ *Robert H. Holber*
                                Robert H. Holber

                                *Chapter 7 Trustee*

                                **FLASTER/GREENBERG P.C.**

Dated: September 8, 2025    By: */s/ William J. Burnett*
                                William J. Burnett, Esquire
                                1717 Arch Street, Suite 3300
                                Philadelphia, PA 19103
                                Telephone 215-279-9383
                                William.burnett@flastergreenberg.com

                                *Proposed Counsel for Robert H. Holber,*
                                *Chapter 7 Trustee*

11677340 v1

11947332 v1