# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

### VERIFIED STATEMENT OF WILLIAM J. BURNETT IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING THE TRUSTEE TO EMPLOY FLASTER/GREENBERG P.C. AS COUNSEL

1. I am a shareholder in the law firm of Flaster/Greenberg P.C. ("FG"), with offices at 1717 Arch Street Suite 3300, Philadelphia, PA 19103, and other locations, and I am duly authorized to make this statement on behalf of FG. This verification is given in part on personal knowledge and in part on information and belief based on discussions with individuals at FG whom I consider reliable for the purposes of the matters discussed, and in part on reviewing records provided to me by FG colleagues and employees.

2. FG, with offices in Delaware, Pennsylvania, and New Jersey, has extensive experience and expertise in bankruptcy and reorganization proceedings. The Trustee seeks the employment of FG to represent it and perform services for the Trustee in connection with carrying out its fiduciary duties and responsibilities under the Bankruptcy Code.

3. FG is well qualified to represent the Chapter 7 Trustee (the "Trustee") in this Chapter 7 case. Attorneys at FG have broad-based experience and a respected reputation in bankruptcy and reorganization proceedings. Through FG, the Trustee will have the benefit of such knowledge and experience, as well as the ability to call upon other attorneys within FG with expertise in other specialized areas of law as may be needed.

4. The Trustee anticipates FG will perform the following services in connection with the retention: to give the Trustee legal advice with respect to his powers and duties as Trustee; to prepare necessary applications, answers, orders, reports and other legal papers; to pursue any claims or matters as the Trustee shall desire; and to provide any and all other legal services for the Trustee which may be necessary or desirable in connection with this case.

5. FG has undertaken an extensive examination of its database of existing and former clients to determine whether it had or has any connections with parties in interest in this case. Specifically, based upon the information provided to FG, FG's analysis and conflict search included: the Debtor; any known secured, unsecured creditors and other parties in interest of the Debtor; the Trustee; professionals for the Debtor; members of the Office of the United States Trustee's Office for Region 3 involved in this case.

6. Based on the database examination specified above, I have concluded that FG does not represent any entity which has an adverse interest in connection with this case other than the following unsecured creditors: Depuy Synthes, Riggins, Inc., and Energy Transfer LP, Sunoco (R&M), LLC l. FG may continue to represent such creditors in such unrelated matters from time to time, but FG is not representing (and will not represent) any such entities in this case. None of these creditors represent a meaningful percentage of FG's overall revenue.

7. It is also possible that FG may have represented or may continue to represent creditors or interest holders of the Debtor in unrelated matters from time to time, but FG is not representing (and will not represent) any such persons in this case. Should FG become aware of any additional connections with other creditors or parties in interest, it will supplement this Certification.

8. Additionally, neither I, FG, any member of FG, any attorney who is of counsel to FG, nor any associate of FG, insofar as I have been able to ascertain:

    a. is a creditor of the Debtor;

    b. is a direct or indirect equity interest holder of the Debtor;

    c. is or has been an officer, director or employee of the Debtor or an "insider" of the Debtor as that term is defined in § 101(31) of Title 11 of the United States Code, 11 U.S.C. § 101 (the "Bankruptcy Code");

    d. is or has been an investment banker for any security (outstanding or otherwise) of the Debtor or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtos; or director, officer or employee of an investment banker for any security (outstanding or otherwise of the Debtor);

    e. presently represents a creditor or equity interest holder of the Debtor, or a person otherwise adverse or potentially adverse to the Debtor or the Debtor's estate on any matter that is related to the Debtor or the Debtor's estate or, except as described in paragraph 6 above, on any matter that is unrelated to the Debtor or the Debtor's estate;

    f. except as described above, has no other connection with the Debtor, its creditors, the Trustee, the Office of the United States Trustee or any employee of that office or any other parties in interest; or has any other interest, direct or indirect, which may affect or be affected by the proposed representation.

9. FG will represent no entity other than the Trustee in connection with this Chapter 7 case.

10. To the best of my knowledge, information and belief, except as set forth herein, there are no other instances where FG has, has had, or might be deemed to have or have had connections with the Debtor, creditors, or other parties in interest.

11. FG has not received a retainer.

12. FG has agreed to be employed by the Trustee at the firm's customary, hourly rate for comparable matters, including paralegal services, and understands that the firm's compensation is to be paid and the expenses and costs are to be reimbursed upon application to the Court and is subject to the Court's approval and/or pursuant to any administrative procedures established by Order of the Court, after notice and a hearing.  FG anticipates that the following are the core team of lawyers who will be primarily responsible for this engagement and the current hourly rates, which FG customarily charges for their services:

| | |
|---|---|
| William J. Burnett | $690.00 per hour |
| Damien Nicholas Tancredi | $550.00 per hour |
| Jeffrey Rizzo | $385.00 per hour |

13. From time to time, other FG attorneys may be involved in these cases as needed. Hourly rates of shareholders and counsel range from $425 to $1,035 per hour, associates' rates range from $305 to $465 per hour, and paralegals' rates are $250 to $475 per hour.

14. FG's rates may change from time to time in accordance with FG's established billing practices and procedures.  FG will maintain detailed, contemporaneous records of time and necessary expenses provided or incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

15. FG customarily and generally charges clients for the costs of support services the firm provides in connection with a representation, including, without limitation, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail,

temporary services, travel, lodging and catering for meetings.  Some of these services are provided by FG, in which case the charges are set by FG, and others are provided by third party service providers, in which case the charges are set by the providers.  FG will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients.  All such charges for which FG seeks payment are subject to Court approval and/or pursuant to any administrative procedure established by Order of the Court.

16. No agreement or understanding exists between FG and any other person (other than members or employees of the firm) to share compensation received for services to be rendered in connection with this representation.  No representations have been received or made by FG, nor any member or associate thereof, in respect of compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

17. By reason of the foregoing, I believe that FG is eligible for employment and retention by the Trustee pursuant to Section 327(e) of the Bankruptcy Code and applicable rules of bankruptcy procedure.

I verify under penalty of perjury, that the foregoing is true and correct.

Dated: September 8, 2025         By: _____

11677340 v1

11947332 v1