**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of September, 2025, true and correct copies of the Application of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing the Trustee to Employ Flaster/Greenberg P.C. as Counsel, together with the Notice of Application, were served via ECF to all parties entitled to notice and via regular first-class mail, postage prepaid, upon the parties on the attached service list.

Dated: September 8, 2025          */s/ Jennifer L. Vagnozzi*
                                                    Jennifer L. Vagnozzi, Paralegal

11677340 v1

11947332 v1

City of Philadelphia
PO Box 8409
Philadelphia, PA 19101

Corportion Service Company
PO Box 2576
Springfield, IL 62708

US Small Business Admin.
Office of General Counsel
409 3rd St. SW
Washington, DC 20416-0011

US Bank
PO Box 490448
St. Louis, MT

Water Revenue Bureau
c/o City of Phila. Law Dept.
1401 JFK Blvd, Fl 5
Philadelphia PA 19102-1617

Citizens Bank
Attn: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Weltman Weinberg & Reis Co. LPA
170 S. Independence Mall W Ste 874W
Philadelphia, PA 19106-3334

11966271 v1