**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE FOR**
**AN ORDER AUTHORIZING THE TRUSTEE TO EMPLOY**
**FLASTER/GREENBERG P.C. AS COUNSEL**

1. Robert H. Holber, Chapter 7 Trustee (the "Trustee"), has filed an application (the "Application") for an order authorizing the Trustee to employ Flaster/Greenberg P.C. as counsel pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014.

2. Any creditor or party in interest receiving this notice may file an answer, objection or responsive pleading, or request for hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and serve a copy on counsel whose name and address appears below, within seven (7) days from the date of this notice.

3. In the absence of any such answers, objections, or responsive pleadings, the Court may, upon consideration of the Application, grant the relief requested therein.

4. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named below.

                                               **FLASTER/GREENBERG P.C.**

Dated: September 8, 2025        By:  /s/ *William J. Burnett*
                                                    William J. Burnett, Esquire
                                                    1717 Arch Street, Suite 3300
                                                    Philadelphia, PA 19103
                                                    Telephone 215-279-9383

                                                    *Proposed Counsel for Robert H. Holber,*
                                                    *Chapter 7 Trustee*

11677340 v1

11947332 v1