**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of September, 2025, true and correct copies of the Application of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing the Trustee to Employ Flaster/Greenberg P.C. as Counsel, together with the Notice of Application, were served via ECF to all parties entitled to notice and via regular first-class mail, postage prepaid, upon the parties on the attached service list.

Dated: September 8, 2025       */s/ Jennifer L. Vagnozzi*
                              Jennifer L. Vagnozzi, Paralegal

11677340 v1

11947332 v1

| | |
|---|---|
| City of Philadelphia<br>PO Box 8409<br>Philadelphia, PA 19101 | Corportion Service Company<br>PO Box 2576<br>Springfield, IL 62708 |
| US Small Business Admin.<br>Office of General Counsel<br>409 3rd St. SW<br>Washington, DC 20416-0011 | US Bank<br>PO Box 490448<br>St. Louis, MT |
| Water Revenue Bureau<br>c/o City of Phila. Law Dept.<br>1401 JFK Blvd, Fl 5<br>Philadelphia PA 19102-1617 | Citizens Bank<br>Attn: Bankruptcy<br>1 Citizens Plaza<br>Providence, RI 02903 |
| Weltman Weinberg & Reis Co. LPA<br>170 S. Independence Mall W Ste 874W<br>Philadelphia, PA 19106-3334 | |

11966271 v1