UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

TIOGA FUEL COMPANY INC.,

Debtor.

Chapter 7

Case No. 25-12706-DJB

### ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE, TO EMPLOY MARCUS & MILLICHAP AS REAL ESTATE BROKER

Upon the application (the "Application")[2] of Robert H. Holber, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Tioga Fuel Company Inc., for an order authorizing him to employ Marcus & Millichap as his real estate broker in the above-captioned Chapter 7 case; and the Court having reviewed the Application and the Verified Statement of Timothy B. Stephenson, Jr. in Support of the Application, and attached to the Application as Exhibit "A"; and the Court having determined that the legal and factual basis set forth in the Application and the Declaration establish just cause for the relief granted herein.

THE COURT HEREBY FINDS THAT:

A.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.   Notice of the Application was sufficient under the circumstances.

D.   The Application and the Verified Statement are in full compliance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

11625833 v1

6

11955273 v1

Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

The Application is GRANTED.

1. The Trustee is authorized to employ Marcus & Millichap as his real estate broker in the above-captioned Chapter 7 case in accordance with the Application and Verified Statement, effective as of September 4, 2025.

2. Marcus & Millichap is authorized to perform any and all real estate services for the Trustee that are necessary or appropriate in connection with the above-captioned Chapter 7 case.

3. Marcus & Millichap shall be compensated for its services as real estate broker in accordance with the listing contract without further order of this Court; and it is

4. Any proposed sale of the Property is subject to notice and hearing and future order of this Court.

Dated: _____, 2025

                                        The Honorable Derek J. Baker
                                        United States Bankruptcy Judge

Interested Parties:

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

US Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106