**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

### ORDER AUTHORIZING CARVE-OUTS FOR THE BENEFIT OF THE ESTATE

**AND NOW**, this _____, day of _____, 2025, upon consideration of the Motion of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing Carve-Outs for the Benefit of the Estate (the **"Motion"**), it is hereby:

**ORDERED,** that the Motion is GRANTED; and it is further

**ORDERED**, that sale Motion is approved and the Secured Creditor Agreement (as defined in the Motion) and the Carve-Out (as defined in the Motion) are approved.

Dated: _____, 2025

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

11981386 v1

Interested Parties:

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

US Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

11981386 v1