#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of September, 2025, true and correct copies of the Motion of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing Carve-Outs for the Benefit of the Estate, together with the Notice of Motion, were served via First Class Mail, postage prepaid to: the Office of the Unites States Trustee, the Secured Creditor, all creditors on the matrix and creditors with a judgment against the Debtors as well as via ECF to all creditors who entered their appearance on the EM-ECF system.

Dated:  September 12, 2025          */s/ Jennifer L. Vagnozzi*
                                            Jennifer L. Vagnozzi, Paralegal

11981386 v1

**Service List – Creditors Holding Judgment Against Debtor**

Lamont Tucker
c/o Marc A. Weinberg, Esq.
815 Greenwood Ave., Suite 22
Jenkintown, PA 19046
kramsey@saffwein.com

State Farm Insurance Co.
c/o Robert T. Grolnick, Esq.
960 Harvest Dr., Bldg. B, Suite 100
Blue Bell, PA 19422
grolnick@bbs-law.com

Buckeye Energy Services LLC
c/o N C Ward, Esquire
630 Freedom Business Center
Suite 108
King of Prussia, PA 19406
cward@buteralaw.com

Buckeye Energy Services LLC
c/o Kevin A. Palmer, Esq.
630 Freedom Business Center
Suite 108
King of Prussia, PA 19406
kwash@buteralaw.com

S.J. Fuel South Co., Inc.
c/o Michael J. Shavel, Esq.
Hill Wallack, LLP
1000 Floral Vale Blvd., Suite 250
Yardley, PA 19067
mshavel@hillwallack.com

Citizens Bank
c/o Benjamin Hoen, Esquire
5990 W. Creek Rd., Suite 200
Clevland, OH 44131
PITeFiling@weltman.com

City of Philadelphia Water Revenue Bureau
c/o City of Phila. Law Dept.
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Santander Bank NA
c/o Jaclyn Dopke, Esquire
Four Greentree Centre
601 Rt. 73 N., Ste 305
Marlton, NJ 08053
jdopke@fleischerlaw.com

Freepoint Commodities LLC
c/o Richard W. Keifer III, Esquire
311 Market Street
Kingston, PA 18704
rkeifer@keiferlaw.com

Sid Harvey Industries, Inc.
c/o Amato and Keating P.C.
Daniel Wechsler, Esquire
107 N. Commerce Way
Bethlehem, PA 18017

**Secured Creditor**
Citizens Bank
c/o Milos Gvozdenovic, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Road, Suite 200
Independence, OH 44131
mgvozdenovic@weltman.com

**US Trustee**
Office of the U.S. Trustee
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19107-4228

11981386 v1