# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## NOTICE

On September 12, 2025, the Motion of Chapter 7 Trustee for an Order Authorizing Carve-Outs for the Benefit of the Estate (the "Motion") was filed.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **September 26, 2025** you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:
            Office of the Clerk
            United States Bankruptcy Court
            Eastern District of Pennsylvania
            Robert N.C. Nix, Sr. Federal Courthouse
            900 Market Street, Suite 400
            Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:
            William J. Burnett, Esquire
            Flaster/Greenberg P.C.
            1717 Arch Street, Suite 3300
            Philadelphia, PA 19103
            Phone: 215-279-9393
            Fax: 215-279-9394

2. If you or your attorney do not take the steps described in the above paragraphs and attend the hearing, the court may enter an order granting the relief requested in the Motion.

11981386 v1

      3.     A hearing on the Motion is scheduled to be held before the Honorable Derek J. Baker on **October 7, 2025 at 10:00 a.m.** at the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, Courtroom No. 2.

      4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**FLASTER/GREENBERG P.C.**

Dated: September 12, 2025

By: /s/ *William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Telephone 215-279-9383

*Proposed Counsel for Robert H. Holber,
Chapter 7 Trustee*

11981386 v1