**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

1. On September 8, 2025, the Application to Employ Marcus & Millichap as Real Estate Broker (the "Application") [Docket No. 18] was filed in the above-captioned matter, together with the Notice of Application [Docket No. 19].

2. On September 11, 2025, the Revised Proposed Form of Order was filed [Docket No. 22] at the request of the Secured Creditor and US Trustee.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Application been filed with the Court.

5. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

Date: September 19, 2025

**FLASTER/GREENBERG P.C.**

By: */s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 279-9383

11740577 v1

11979202 v1