UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |
|---|---|

**ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE,
TO EMPLOY MARCUS & MILLICHAP AS REAL ESTATE BROKER**

Upon the application (the "Application")[2] of Robert H. Holber, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Tioga Fuel Company Inc., for an order authorizing him to employ Marcus & Millichap as his real estate broker in the above-captioned Chapter 7 case; and the Court having reviewed the Application and the Verified Statement of Timothy B. Stephenson, Jr. in Support of the Application, and attached to the Application as Exhibit "A"; and the Court having determined that the legal and factual basis set forth in the Application and the Declaration establish just cause for the relief granted herein.

THE COURT HEREBY FINDS THAT:

A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.     Notice of the Application was sufficient under the circumstances.

D.     The Application and the Verified Statement are in XXX compliance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of

---

[2]     Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

6

Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

The Application is GRANTED.

1. The Trustee is authorized to employ Marcus & Millichap as his real estate broker in the above-captioned Chapter 7 case in accordance with the Application and Verified Statement, effective as of September 4, 2025.

2. Marcus & Millichap is authorized to perform any and all real estate services for the Trustee that are necessary or appropriate in connection with the above-captioned Chapter 7 case.

3. Notwithstanding anything to the contrary in the Application, Marcus & Millichap's commission is changed to 5%.

4. Notwithstanding anything to the contrary in the Application, any proposed fees to be paid to the broker will be identified in any future motion(s) to approve any sale transaction and shall be subject to approval by the Court in conjunction with the approval of any such sale transaction

5. Any proposed sale of the Property is subject to notice and hearing and future order of this Court.

Dated: September 23, 2025

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge