**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

TIOGA FUEL COMPANY INC.,

Debtor.

Chapter 7

Case No. 25-12706-DJB

## ORDER AUTHORIZING CARVE-OUTS FOR THE BENEFIT OF THE ESTATE

**AND NOW**, this _____, day of _____, 2025, upon consideration of the Motion of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing Carve-Outs for the Benefit of the Estate (the "Motion"), it is hereby:

**ORDERED,** that the Motion is GRANTED; and it is further

**ORDERED**, that sale Motion is approved and the Secured Creditor Agreement (as defined in the Motion) and the Carve-Out (as defined in the Motion) are approved as provided herein; and it is further

**ORDERED**, that if the Closing only occurs on 3573-77 Sepviva Street and not on 34501 Tulip Street, 3550R-28 Aramingo Avenue, then the Carve-Out will be $75,000; and it is further

**ORDERED**, that if the Closing only occurs on 34501 Tulip Street, 3550R-28 Aramingo Avenue and not on 3573-77 Sepviva Street, then the Carve-Out will be $116,000; and it is further

**ORDERED**, that if the Closings occur for both 34501 Tulip Street, 3550R-28 Aramingo Avenue and 3573-77 Sepviva Street, irrespective of the order of such Closings, then the Carve-Out will be equal to $166,000 and capped at $166,000 as otherwise provided in the Motion.

Dated: _____, 2025

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge