# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

1. On September 12, 2025, the Motion of Chapter 7 Trustee for an order Authorizing Carve-Outs for the Benefit of the Estate (the "Motion") [Docket No. 23] was filed in the above-captioned matter, together with the Notice of Motion [Docket No. 24].

2. As of the date hereof, undersigned counsel has not received any answers or objections to the Motion. A review of the docket in this case reflects that no answers or objections have been filed.

3. To date, the undersigned has not been served with any answer, objection or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Motion been filed with the Court.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion.

Date: September 25, 2025

**FLASTER/GREENBERG P.C.**

By: */s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 279-9383

11740577 v1

11997584 v1