United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12706-djb |
| Tioga Fuel Company Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tioga Fuel Company Inc., Randall Binversie, 2301 E Tioga Street, Philadelphia, PA 19134-4614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Pinnacle Business Funding LLC afg@glpcny.com |
| ANTHONY F. GIULIANO | on behalf of Interested Party Parkside Funding Group LLC afg@glpcny.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Tioga Fuel Company Inc. help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
    on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

### ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE, TO EMPLOY FLASTER/GREENBERG P.C. AS COUNSEL

Upon the application (the "Application")[1] of Robert H. Holber, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Tioga Fuel Company Inc. (the "Debtor"), for an order authorizing him to employ Flaster/Greenberg P.C. ("FG") as his counsel in the above-captioned Chapter 7 cases; and the Court having reviewed the Application and the Verified Statement of William J. Burnett in Support of the Application (the "Verification"), a shareholder in the law firm of FG, attached to the Application as Exhibit "A"; and the Court having determined that the legal and factual basis set forth in the Application and the Affidavit establish just cause for the relief granted herein.

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Application was sufficient under the circumstances.

D. The Application and the Certification are in XXXcompliance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

11677340 v1

11947332 v1

Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

The Application is GRANTED.

1. The Trustee is authorized to employ FG as his counsel in the above-captioned Chapter 7 cases in accordance with the Application and Certificate, effective as of August 26, 2025.

2. FG is authorized to perform any and all legal services for the Trustee that are necessary or appropriate in connection with the above-captioned Chapter 7 case.

3. FG shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

4. ~~FG is authorized to bill all expenses and time entries counsel on a consolidated basis, and the Trustee is authorized to pay any consolidated approved fees on allocated pro-rata basis from the respective assets in each case that are available for to pay such fees.~~

Dated: September 23, 2025

The Honorable Derek J. Baker
United States Bankruptcy Judge

11677340 v1

11947332 v1

Interested Parties:

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

US Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

11677340 v1

11947332 v1