# Exhibit "A"

# Marketing Summary

### 3573 Sepviva Street & 3501 Tulip Street

*As of September 24, 2025*

## Marketing

**Internet**

- Deal activated and On-the-Market 2/28/2025
- Buyer Needs MyMMI (Automated Buyer Matching)
- Property posted within Marcus & Millichap intranet for all 1,600+ agents to view
- Deal presented to all Philadelphia office agents and loan originators at Monday Sales Meeting

**Property Tours**

- 10 Property Tours
- 5 Offers Received

**Direct Marketing to Potential Investors & Coop. Brokers**

- 80 Offering Memorandums Sent Directly to Interested Active Local and Regional Buyers

**Online Marketing**

- Posted to www.MarcusMillichap.com
- Posted on Crexi
- Posted on CoStar & Loopnet
- Sepviva : 704 MM.com Views
- Tioga Fuel: 829 MM.com Views

## Summary of Activity

- ~4,975 Out-Bound Calls
- E Blast directed to 1,397 Qualified investors in Philadelphia MSA
- 33% open rate (22% industry average)
- 70+ Outgoing Individual Emails
- 1,533 MarcusmIllichap.com Views,,
- 318 MyMMI Buyer Match Leads

## Comments

**Positive Investor Feedback**

- Well built structure with rentable potential
- Strong Location for Industrial Asset within city limits.
- Favorable square footage / footprint
- Strong Rental Market with upside

**Negative Investor Feedback**

- Currently Vacant
- Environmental concerns for both properties, primarily Tioga
- Not enough acreage for some buyers
- Costly developmental potential
- Stigmatized story amongst investor community due to previous owner
- Interior completely outdated and destroyed. Needs full renovation

**Broker Comments**

- Initial interest was stronger than average. Upon individual buyers digging deeper, mismatched stories have caused a lot of buyers to view the opportunities more conservatively or disengage entirely. Few buyers are looking to make cash offers and are willing to take the risk. Provided environmental reports have not entirely dispelled concerns of lingering issues. Likewise, many are under the impression remediation will be needed for Sepviva due to its past use and Tioga/Tulip because of the above ground fuel tanks and history of vehicles being parked or abandoned on the site.