**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

TIOGA FUEL COMPANY INC.,

　　　　　　　　　Debtor.

Chapter 7

Case No. 25-12706-DJB

**CERTIFICATE OF SERVICE**

I, Jennifer Vagnozzi, hereby certify that on September 26, 2025, I served a true

and correct copy of the foregoing Motion to Sell Real Property Free and Clear of Liens,

Claims and Encumbrances and Notice of Motion via CM/ECF to all parties entitled to

notice, and via First Class Mail to the parties listed below and on the Matrix.

| | |
|---|---|
| Lamont Tucker<br>c/o Marc A. Weinberg, Esq.<br>815 Greenwood Ave., Suite 22<br>Jenkintown, PA 19046<br>kramsey@saffwein.com | State Farm Insurance Co.<br>c/o Robert T. Grolnick, Esq.<br>960 Harvest Dr., Bldg. B, Suite 100<br>Blue Bell, PA 19422<br>grolnick@bbs-law.com |
| Buckeye Energy Services LLC<br>c/o N C Ward, Esquire<br>630 Freedom Business Center<br>Suite 108<br>King of Prussia, PA 19406<br>cward@buteralaw.com | Buckeye Energy Services LLC<br>c/o Kevin A. Palmer, Esq.<br>630 Freedom Business Center<br>Suite 108<br>King of Prussia, PA 19406<br>kwash@buteralaw.com |
| S.J. Fuel South Co., Inc.<br>c/o Michael J. Shavel, Esq.<br>Hill Wallack, LLP<br>1000 Floral Vale Blvd., Suite 250<br>Yardley, PA 19067<br>mshavel@hillwallack.com | Citizens Bank<br>c/o Benjamin Hoen, Esquire<br>5990 W. Creek Rd., Suite 200<br>Clevland, OH 44131<br>PITeFiling@weltman.com |

11959193 v1

City of Phila. Water Revenue Bureau
c/o City of Phila. Law Dept.
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Santander Bank NA
c/o Jaclyn Dopke, Esquire
Four Greentree Centre
601 Rt. 73 N., Ste 305
Marlton, NJ 08053
jdopke@fleischerlaw.com

Freepoint Commodities LLC
c/o Richard W. Keifer III, Esquire
311 Market Street
Kingston, PA 18704
rkeifer@keiferlaw.com

Sid Harvey Industries, Inc.
c/o Amato and Keating P.C.
Daniel Wechsler, Esquire
107 N. Commerce Way
Bethlehem, PA 18017

**<u>Secured Creditor</u>**
Citizens Bank
c/o Milos Gvozdenovic, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Road, Suite 200
Independence, OH 44131
mgvozdenovic@weltman.com

**<u>US Trustee</u>**
Office of the U.S. Trustee
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19107-4228

Dated:  September 23, 2025

*/s/ Jennifer Vagnozzi*
Jennifer Vagnozzi, Paralegal

11959193 v1