**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**CERTIFICATE OF SERVICE**

I, Jennifer Vagnozzi, hereby certify that on September 26, 2025, I served a true and correct copy of the foregoing Motion to Sell Real Property Free and Clear of Liens, Claims and Encumbrances and Notice of Motion via CM/ECF to all parties entitled to notice, and via First Class Mail to the parties listed below and on the Matrix.

Lamont Tucker
c/o Marc A. Weinberg, Esq.
815 Greenwood Ave., Suite 22
Jenkintown, PA 19046
kramsey@saffwein.com

State Farm Insurance Co.
c/o Robert T. Grolnick, Esq.
960 Harvest Dr., Bldg. B, Suite 100
Blue Bell, PA 19422
grolnick@bbs-law.com

Buckeye Energy Services LLC
c/o N C Ward, Esquire
630 Freedom Business Center
Suite 108
King of Prussia, PA 19406
cward@buteralaw.com

Buckeye Energy Services LLC
c/o Kevin A. Palmer, Esq.
630 Freedom Business Center
Suite 108
King of Prussia, PA 19406
kwash@buteralaw.com

S.J. Fuel South Co., Inc.
c/o Michael J. Shavel, Esq.
Hill Wallack, LLP
1000 Floral Vale Blvd., Suite 250
Yardley, PA 19067
mshavel@hillwallack.com

Citizens Bank
c/o Benjamin Hoen, Esquire
5990 W. Creek Rd., Suite 200
Clevland, OH 44131
PITeFiling@weltman.com

11959193 v1

| | |
|---|---|
| City of Phila. Water Revenue Bureau<br>c/o City of Phila. Law Dept.<br>1401 JFK Blvd., 5th Floor<br>Philadelphia, PA 19102 | Santander Bank NA<br>c/o Jaclyn Dopke, Esquire<br>Four Greentree Centre<br>601 Rt. 73 N., Ste 305<br>Marlton, NJ 08053<br>jdopke@fleischerlaw.com |
| Freepoint Commodities LLC<br>c/o Richard W. Keifer III, Esquire<br>311 Market Street<br>Kingston, PA 18704<br>rkeifer@keiferlaw.com | Sid Harvey Industries, Inc.<br>c/o Amato and Keating P.C.<br>Daniel Wechsler, Esquire<br>107 N. Commerce Way<br>Bethlehem, PA 18017 |

**Secured Creditor**
Citizens Bank
c/o Milos Gvozdenovic, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Road, Suite 200
Independence, OH 44131
mgvozdenovic@weltman.com

**US Trustee**
Office of the U.S. Trustee
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19107-4228

Dated:  September 23, 2025          */s/ Jennifer Vagnozzi*
                                     Jennifer Vagnozzi, Paralegal

11959193 v1