**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 26, 2025, the Chapter 7 Trustee filed a Motion to Sell Real Property Free and Clear of Liens, Claims and Encumbrances (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **October 17, 2025 by 4:00 p.m.** you or your attorney must do all of the following:

    a. File an answer explaining your position at:

    Office of the Clerk
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    b. Mail a copy to the movant's attorney:

    William J. Burnett, Esquire
    FLASTER/GREENBERG P.C.
    1717 Arch Street, Suite 3300
    Philadelphia, PA 19103

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Derek J. Baker on **December 2, 2025 at 10:00 a.m.** at the United States Bankruptcy Court,

11959293 v1

Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, 2nd Floor, Philadelphia, PA 19107, Courtroom No. 2 or Zoom video with Join Meeting ID  161 0657 4791.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: September 26, 2025        */s/ William J. Burnett*
      William J. Burnett, Esquire

11959293 v1