WWR# 041809001

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Tioga Fuel Company Inc.<br>　　　　　　　　　　Debtor<br><br>Citizens Bank, N.A.<br>　　　　　　　　　　Movant | CASE NO.  25-12706-djb<br>CHAPTER 7<br><br>**Hearing Date: 10/21/2025**<br>**Hearing Time: 10:00 A.M** |

### MOTION BY CITIZENS BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4)

The Motion of Movant, by its attorney, Milos Gvozdenovic, Esquire, respectfully represents:

1. On 07/07/2025, the Debtor filed a voluntary petition commencing a case under Chapter 7, Title 11, United States Code, and for the entry of an Order for Relief.

2. Movant holds a valid security interest in the form of U.S. Small Business Administration Note and Mortgage (the "Mortgage") on a certain residence owned/occupied by the Debtor known as 3705 Kadow Street, Minitowoc, WI 54220. A copy of said Mortgage showing Movant's interest and that it is executed by the Debtor is attached hereto as **Exhibit A**.

3. The property secured by the Mortgage consists of one-to-four-unit family residence known as 3705 Kadow Street, Minitowoc, WI 54220. The legal description of the property is as follows:

> Parcel 1:
> The Northwesterly Eighty-five (85) feet of Lots Eight (8) and Nine (9) of Block Twelve (12) of KADOWS ADDITION NO. 2 in the City of Manitowoc, Manitowoc County, Wisconsin, according to the Recorded Plat of said Addition.
>
> Parcel 2:
> Lots Twelve (12) and Thirteen (13) of Block Fourteen (14) of KADOWS ADDITION NO. 2 in the City of Manitowoc, Manitowoc County, Wisconsin, according to the Recorded Plat of said Addition
>
> Tax Key No. **APN: 052-382-012-070.00** (North 85 feet of Lot 8 and Lot 9 of Block 12) **APN: 052-382-014-120.00** (Lot 12 in Block 14) **APN: 052-382-014-130.00** (Lot 13 in Block 14)

4. This is an action under 11 U.S.C. Section 362(d) to vacate or modify a stay granted under 11 U.S.C. Section 362(a) to permit foreclosure on the Mortgage and/or Sheriff's Sale of the subject real property.

5. At the time of the filing of this Motion, the Debtor has defaulted on the payments due under the Mortgage by failing to pay past due monthly installment payments for 12/01/2023 to present. The entire balance is due by reason of default of the Mortgage in the amount of 1,977,872.54.

6.       The Debtor's Payoff balance as of 08/25/2025 is $1,977,872.54.

7.       Movant is entitled to relief pursuant to 11 U.S.C. 362 (d)(1) for cause as the Debtor is in default under the terms of the Mortgage.  Movant is not adequately protected.

WHEREFORE, Movant prays that the stay pursuant to Section 362(a) Title 11 United States Code be modified to allow Movant execution process through and including, but not limited to, foreclosure and/or Sheriff's Sale of the subject real property, the 14-day stay provided by Fed. Bankr. Rule 4001(a)(4) is waived, and that it have such other relief as is just.

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com