WWR# 041809001

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tioga Fuel Company Inc.<br>                Debtor<br><br>Citizens Bank, N.A.<br>                Movant | CASE NO. 25-12706-djb<br>CHAPTER 7<br><br>**Hearing Date: 10/21/2025**<br>**Hearing Time: 10:00 A.M** |

**ORDER**

AND NOW, this ____ day of _____, 2025, upon failure of Debtor(s) to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel):

It is ORDERED and DECREEDED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law regarding the following premises: 3705 Kadow Street, Minitowoc, WI 54220, APN No(s): 052-0382-012-070.00, 052-382-014-120.00, and 052-382-014-130.00.

It is FURTHER ORDERED and DECREED that the 14-day stay provided in Fed. Bankr. Rule 4001(a)(4) is waived.

                                                                                                                 _____
                                                                   HONORABLE DEREK J. BAKER
                                                                   U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 5990 West Creek Road, Suite 200, Independence, OH 44131

Debtor:
Tioga Fuel Company Inc., 2301 E Tioga St, Philadelphia, PA 19134

Debtor's Counsel:
Michael A. Cibik, at help@cibiklaw.com

Trustee:
Robert H. Holber, at rholber@holber.com

United States Trustee, at USTPRegion03.PH.ECF@usdoj.gov