# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

    1.    On September 26, 2025, the Motion of Chapter 7 Trustee to Sell Property Free and Clear of Liens, Claims and Encumbrances (the "Motion") [Docket No. 33] was filed in the above-captioned matter, together with the Notice of Motion [Docket No. 34].

    2.    As of the date hereof, undersigned counsel has not received any answers or objections to the Motion.  A review of the docket in this case reflects that no answers or objections have been filed.

    3.    To date, the undersigned has not been served with any answer, objection or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Motion been filed with the Court.

    4.    Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

    WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion.

                                              **FLASTER/GREENBERG P.C.**

Date: October 20, 2025

                                      By:  */s/ William J. Burnett*
                                                William J. Burnett, Esquire
                                                1717 Arch Street, Suite 3300
                                                Philadelphia, PA 19103
                                                Tel: (215) 279-9383