WWR# 041809001

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Tioga Fuel Company Inc.<br>　　　　　　Debtor | CASE NO. 25-12706-djb<br>CHAPTER 7<br><br>Related Document No.: 41<br><br>**Hearing Date: 10/21/2025** |
| Citizens Bank, N.A.<br>　　　　　　Movant | **Hearing Time: 10:00 A.M** |

### CERTIFICATION OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

The undersigned certifies that no response to the motion of Movant, Citizens Bank, N.A., for Relief from the Automatic Stay and Waiver of 14-Day Stay Under Fed. Bankr. Rule 4001(a)(4) is of record. Kindly submit the Order as attached hereto to the Court for the entry of a Default Judgment for want of an answer.

　　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　5990 West Creek Road, Suite 200
　　　　　　　　　　　　　　　　　　Independence, OH 44131
　　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com

WWR# 041809001

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tioga Fuel Company Inc.<br>                 Debtor | CASE NO. 25-12706-djb<br>CHAPTER 7<br><br>Related Document No.: 41 |
| Citizens Bank, N.A.<br>                 Movant | **Hearing Date: 10/21/2025**<br>**Hearing Time: 10:00 A.M** |

**CERTIFICATE OF SERVICE**

I, Milos Gvozdenovic, Esquire, attorney for Movant, do hereby certify that true and correct copies of the Certification of No Response have been served on 10/20/2025 upon those listed below:

**Service by First-Class Mail**:

Tioga Fuel Company Inc.
2301 E Tioga St
Randall Binversie
Philadelphia, PA 19134

**and Service by NEF/ECF:**

Michael A. Cibik, Debtor's Attorney at help@cibiklaw.com
Robert H. Holber, Trustee at rholber@holber.com
Office of the U.S. Trustee at USTPRegion03.PH.ECF@usdoj.gov


                                                /s/ Milos Gvozdenovic
                                                Milos Gvozdenovic
                                                Weltman, Weinberg & Reis Co., L.P.A.
                                                Attorney for Movant
                                                5990 West Creek Road, Suite 200
                                                Independence, OH 44131
                                                216-739-5647
                                                mgvozdenovic@weltman.com