10/31/25, 9:10 AM                    Review and sign documents on Docusign | Docusign
Case 25-12706-djb    Doc 56    Filed 11/03/25    Entered 11/03/25 14:58:00    Desc Main
                                Document        Page 1 of 1
Review and complete                                                                Finish

Docusign Envelope ID: 1E5337F7-D5D6-440B-A180-30046440066F

Start



## ADDENDUM TO PURCHASE AGREEMENT

This document is an addendum ("Addendum") to the Purchase Agreement

Buyer and seller agree to modify the Purchase Agreement accordingly:

1. *Buyer Entity Change to:* <u>Lewis Brother LLC</u>

The provisions of this Addendum which are numbered and fully completed are hereby added to and inc "Terms and Conditions of Sale" of the aforementioned Purchase Agreement. Any provision of this Adden fully completed shall have no force or effect.

### ACCEPTANCE

The undersigned Seller and Buyer accept and agree to the foregoing.

SELLER: _____   DATE: 10/31/2025 | 06:10:0

BUYER: _____   DATE: 10/31/2025 | 06:01:0

BROKER OF RECORD: **MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES**

BY: _____   DATE: 10/31/25
    BROKER OF RECORD

PARTIES UNDERSTAND AND ACKNOWLEDGE THAT BROKER IS NOT QUALIFIED TO PROVIDE, BEEN CONTRACTED TO PROVIDE, LEGAL, FINANCIAL OR TAX ADVICE, AND THAT ANY SUCH BE OBTAINED FROM PARTIES' ATTORNEY, ACCOUNTANT OR TAX PROFESSIONAL.