WWR# 041809001

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 25-12706-djb |
| Tioga Fuel Company Inc. | CHAPTER 7 |
| Debtor | |
| | Related to Document Number #41 |
| Citizens Bank, N.A. | |
| Movant | |

**PRAECIPE TO WITHDRAW**
**MOTION BY CITIZENS BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4)**

CHECK ONE:

☒   The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated: 11/12/2025

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Movant
Pentagon Federal Credit Union
5990 West Creek Rd, Ste 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com