# Marcus & Millichap

## ADDENDUM TO PURCHASE AGREEMENT

This document is an addendum ("Addendum") to the Purchase Agreement

Buyer and seller agree to modify the Purchase Agreement accordingly:

1. *Buyer Entity Change to:* <u>Lewis Bro LLC or its assignee</u>

The provisions of this Addendum which are numbered and fully completed are hereby added to and incorporated in the "Terms and Conditions of Sale" of the aforementioned Purchase Agreement. Any provision of this Addendum which is not fully completed shall have no force or effect.

### ACCEPTANCE

The undersigned Seller and Buyer accept and agree to the foregoing.

SELLER: _[signature]_  DATE: 11/11/25

BUYER: _[signature]_  DATE: 11/6/2025 | 06:09:42 PST

BROKER OF RECORD: **MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES**

BY: _[signature]_  DATE: 11/11/2025 | 13:04:59 PST
BROKER OF RECORD

PARTIES UNDERSTAND AND ACKNOWLEDGE THAT BROKER IS NOT QUALIFIED TO PROVIDE, AND HAS NOT BEEN CONTRACTED TO PROVIDE, LEGAL, FINANCIAL OR TAX ADVICE, AND THAT ANY SUCH ADVICE MUST BE OBTAINED FROM PARTIES' ATTORNEY, ACCOUNTANT OR TAX PROFESSIONAL.