# A. Settlement Statement (HUD-1)

| B. Type of Loan | | |
|---|---|---|
| | File Number: AM 20243PA | Loan Number: |
| C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. | | J&A Abstract, Inc<br>347 2nd Street Pike, Suite 1<br>Southampton, PA 18966<br>215-383-5454 |
| D. Name & Address of Borrower:<br>3449 Janney St LLC, a Pennsylvania Limited Liability Company<br>3 Casey Court<br>Newtown, PA 18940 | E. Name & Address of Seller:<br>Robert H. Holber, Chapter 7 Bankruptcy Trustee | F. Name & Address of Lender: |
| G. Property Location:<br>3573-77 Sepviva Street<br>Philadelphia, PA 19134<br>APN: 884349810 | H. Settlement Agent:<br>J&A Abstract, Inc<br>347 2nd Street Pike, Suite 1<br>Southampton, PA 18966<br>Place of Settlement:<br>J&A Abstract, Inc<br>347 2nd Street Pike, Suite 1<br>Southampton, PA 18966 | I. Settlement Date:<br>11/19/2025<br><br>Disbursement Date:<br>11/19/2025 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $325,000.00 | 401. Contract sales price | $325,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $10,309.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City Property Tax 11/19/2025 - 12/31/2025 | $391.41 | 406. City Property Tax 11/19/2025 - 12/31/2025 | $391.41 |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | $335,700.91 | **420. Gross Amount Due to Seller** | $325,391.41 |
| **200. Amounts Paid by or on Behalf of Borrower** | | **500. Reductions on Amount Due to Seller** | |
| 201. Deposit or earnest money | $25,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $100,984.57 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. First Position Mortgage Lien Partial Payoff Citizens Bank | $224,406.84 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. | | 510. | |
| 211. | | 511. | |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | $25,000.00 | **520. Total Reduction Amount Due Seller** | $325,391.41 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $335,700.91 | 601. Gross amount due to seller (line 420) | $325,391.41 |
| 302. Less amounts paid by/for borrower (line 220) | $25,000.00 | 602. Less reduction in amount due seller (line 520) | $325,391.41 |
| 303. Cash from Borrower | $310,700.91 | 603. Cash from Seller | $0.00 |

EXHIBIT A

| L. SETTLEMENT CHARGES | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. Real Estate Commission Sellers Broker $16,250.00 | Marcus & Millchap | | |
| 702. | | | |
| 703. Commission paid at Settlement | | | $16,250.00 |
| 704 | | | |
| 705 | | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. | | | |
| 802. | | | |
| 803. | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | |
| 901. Prepaid Interest | | | |
| 902. Homeowners Insurance Premium | | | |
| 903. Mortgage Insurance Premium | | | |
| 904. Property Tax | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Homeowners Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. Property Tax | | | |
| 1004. | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment | | | |
| 1100. Title Charges | | | |
| 1101. Wire Fee | J&A Abstract, Inc | | $75.00 |
| 1102. Settlement Fee | J&A Abstract, Inc | $250.00 | |
| 1103. | | | |
| 1104. | | | |
| 1105. | | | |
| 1106. | | | |
| 1107. | | | |
| 1108. Title Insurance (Stewart Title Guaranty Company) L: $0 O: $325,000 | | $2,307.50 | |
| 1109. Notary Fee / Clerical Fee | J&A Abstract, Inc | $25.00 | $25.00 |
| 1110. Deed Preparation Fee | J&A Abstract, Inc | | $199.00 |
| 1111. | | | |
| 1112. | | | |
| 1113. Lien Release | ReQuire | | $35.00 |
| 1114. Certificate of Good Standing Search/ Corp Tax Lien Cert | Chase N. A. | | $185.00 |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording Fees   Deed: $287.75 Mortgage: $0.00 Release: $240.75 | City of Philadelphia | $287.75 | $240.75 |
| 1202. Transfer Tax County/Local $11,628.50 | City of Philadelphia | $5,814.25 | $5,814.25 |
| 1203. Transfer Tax State $3,250.00 | Commonwealth of Pennsylvania | $1,625.00 | $1,625.00 |
| 1300. Additional Settlement Charges | | | |
| 1301. Gas Due - No Account | PGW | | |
| 1302. Per Order, entered on 10/6/2 | Robert H. Holber, Chapter 7 Bankruptcy Trustee for Tioga Fuel Company, Inc | | $75,000.00 |
| 1303. Reimburse City Cert | Brian Higgins | | $139.00 |
| 1304. Rubbish Due - None Due | City of Philadelphia | | |
| 1305. Water Due | City of Philadelphia | | $1,396.57 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $10,309.50 | $100,984.57 |

File Number: AM 20243PA

---

### ACKNOWLEDGEMENT

I/We have carefully reviewed the HUD-1 Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. I/We authorize J&A Abstract, Inc to cause the funds to be disbursed in accordance with this statement.

---

**BUYERS/BORROWERS**

3449 Janney St LLC

By: Lucas Sowa, Sole Member

**SELLER(S)**

_____
Robert H. Holber, Chapter 7 Bankruptcy Trustee

**SETTLEMENT AGENT**

J&A Abstract, Inc

To the best of my knowledge the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.