# Marcus & Millichap

## ADDENDUM TO PURCHASE AGREEMENT

This document is an addendum ("Addendum") to the Purchase Agreement

Buyer and seller agree to modify the Purchase Agreement accordingly:

~~The date of approval of new financing and/or assumption of existing financing is changed to _____.~~

~~The date for objection to title is changed to _____.~~

~~The date for completing inspections is changed to _____.~~

1. The date for close of escrow is changed to: <u>January 15, 2026</u>

~~The date for delivering possession of the Property is changed to _____.~~

for that certain real property located at <u>3521 Tulip Street. 3501 Tulip Street. 3550R-98 Aramingo Avenue Philadelphia PA 19134</u>.

The provisions of this Addendum which are numbered and fully completed are hereby added to and incorporated in the "Terms and Conditions of Sale" of the aforementioned Purchase Agreement. Any provision of this Addendum which is not fully completed shall have no force or effect.

## ACCEPTANCE

The undersigned Seller and Buyer accept and agree to the foregoing.

SELLER: *Robert Holber* (DocuSigned by: 4DBB141161A84A1...)    DATE: 12/16/2025 | 05:44:44 PST

BUYER: *sam lewis* (Signed by: A3444A29E23B449...)    DATE: 12/15/2025 | 13:28:09 PST

BROKER OF RECORD: **MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES**

BY: *[signature]* (DocuSigned by: EF7E36E03608488...)    DATE: 12/16/2025 | 05:49:51 PST
BROKER OF RECORD

> PARTIES UNDERSTAND AND ACKNOWLEDGE THAT BROKER IS NOT QUALIFIED TO PROVIDE, AND HAS NOT BEEN CONTRACTED TO PROVIDE, LEGAL, FINANCIAL OR TAX ADVICE, AND THAT ANY SUCH ADVICE MUST BE OBTAINED FROM PARTIES' ATTORNEY, ACCOUNTANT OR TAX PROFESSIONAL.

Buyer's Initials: SL    Seller's Initials: RH