B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Tioga Fuel Company                          ,            Case No. 25-12706

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Smoot Investments Inc | Santander Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Smoot Investments Inc
  3000 Smoot Rd, Smoot WV 24977

Court Claim # (if known): ____6-1____
Amount of Claim: ____$123,575.43____
Date Claim Filed: ____08/13/2025____

Phone: 877-392-6902 Ext. 239
Last Four Digits of Acct #: ____130____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Trey Ewing                          Date: 02/25/2026
Account Officer/ Smoot Investments

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.