Mike Spano & Sons, Inc.

3015 E. Ontario Street
Philadelphia, PA 19134-6033

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/6/2024 | 44113 |

| Bill To |
|---------|
| TIOGA FUEL<br>1822 WHITEWATER DRIVE<br>MANITOWOC, WI 54220<br>ATTN: RANDALL BINVERSIE |

| Ship To |
|---------|
| 2301 E. TIOGA STREET |

| P.O. Number | Terms | Due Date | Rep | Ship | Via | PROJECT |
|-------------|-------|----------|-----|------|-----|---------|
| OCT'S TRASH | Due on receipt | 10/6/2024 | MSJ | 10/6/2024 | US Mail | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 4000 | TRASH REMOVAL FOR THE MONTH OF OCTOBER (5-THURSDAY PICK-UP'S) | 225.00 | 225.00 |
| 1 | 4000 | FUEL SURCHARGE | 33.75 | 33.75 |

PAST DUE

FILED
APR 27 2026
CLERK OF COURT
BY _____ DEP. CLERK

Thank you for your business.

**Total** $258.75

| Phone # |
|---------|
| 215-423-3054 |