LAW OFFICES

# SAFFREN & WEINBERG

SUITE 22
815 GREENWOOD AVENUE
JENKINTOWN, PA 19046-2800

KENNETH S. SAFFREN**
MARC A. WEINBERG**
JEFFREY D. SCHAFFER**
ROBERT W. PRICE+
JONATHAN LITWINOWICZ+

(215) 576-0100
FAX: (215) 576-6288
FAX: (215) 576-8220
***PLEASE RESPOND TO JENKINTOWN OFFICE***

PHILADELPHIA OFFICE
Two Penn Center Plaza
1500 J.F.K. Blvd., Suite 1030
Philadelphia, PA 19102

**MEMBER OF PENNSYLVANIA and NEW JERSEY BARS
+MEMBER OF PENNSYLVANIA BAR

May 11, 2026

NEW JERSEY OFFICE
Four Greentree Centre
601 Route 73 North, Suite 303
Marlton, NJ 08003

Office of the Clerk
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

    **In Re:**    **Tioga Fuel Company, Inc.**
          **Chapter 7 - Case No. 25-12706**
          **My Client: Lamont Tucker**

Dear Clerk of the Bankruptcy Court:

Please accept this letter in lieu of a more formal correspondence to object to the discharge of any debts and/or encumbrances that my client may have with Defendant, Tioga Fuel Company, Inc. This office was retained to represent Mr. Lamont Tucker regarding claims dated February 11, 2021 and June 15, 2022, when through inadvertence and/or neglect, Tioga Fuel pumped over 200 gallons of propane fuel into my client's basement when no such contract and/or arrangement was made for any fuel delivery. In essence, Tioga Fuel acknowledged that they improperly delivered propane to my client's address, meaning the wrong location.

Defendant Tioga Fuel retained Crawford Environmental to perform remediation on the property which ended on or about September 2022. My client contracted with Defendant Tioga Fuel to have Tioga Fuel pay for all remediation related services in the basement area and cure this most unfortunate conduct.

To date, my client continues to have ongoing issues and/or concerns with his basement area at his home. Specifically, he believes there is still a constant smell and/or odor coming from the basement most significantly during hot days. My client is seeking to pursue all potential remedies available against Defendant, Tioga Fuel and Crawford Environmental for their failure to properly mitigate this loss.

FILED
MAY 1 2 2026
BY CLERK OF COURT DEP CLERK

Office of the Clerk
United States Bankruptcy Court
May 11, 2026
Page Two

---

We would ask that should insurance coverage be available to Tioga Fuel, Plaintiff would agree to not pursue any and all monies beyond the insurance policy that remained available as of the dates of these occurrences.   In essence, Plaintiff is not pursuing them directly beyond the insurance policies that would cover Tioga Fuel for any negligence and/or contractual violations.

Plaintiff believes that Defendant, Tioga Fuel, did not fulfill their end of the agreement to properly pay for and complete remediation services.  Therefore, Plaintiff respectfully requests that this claim not be discharged in any bankruptcy proceeding and Plaintiff be afforded the opportunity to pursue this matter further.  Plaintiff remains available to appear in Court should same be required.

Respectfully submitted,

*Marc A. Weinberg*

MARC A. WEINBERG

MAW/kr
cc:     William J. Burnett, Esquire