**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**<u>CERTIFICATE OF NO OBJECTION</u>**

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

1.      On April 16, 2026, the Motion to Sell Property Free and Clear of Liens under Section 363(f) *((i) 3521 Tulip Street; (ii) 3501 Tulip Street and (iii) 3550R-98 Aramingo Avenue, Philadelphia, PA* (the "Motion") [Docket No. 70] was filed in the above-captioned matter, together with the Notice of Motion [Docket No. 71].

2.      We received a response from the City of Philadelphia and the Pennsylvania Department of Environmental Protection.  A revised proposed form of order was filed on May 13, 2026 [Docket No. 77] accommodating their concerns. Otherwise, there were no other objections.

3.      Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion.

                                        **FLASTER/GREENBERG P.C.**

Date: May 13, 2026

                                        By:  */s/ William J. Burnett*
                                             William J. Burnett, Esquire
                                             1717 Arch Street, Suite 3300
                                             Philadelphia, PA 19103
                                             Tel: (215) 279-9383

11740577 v1

15574482 v1