IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                            :       Bankruptcy No. 25-12706 - DJB
                                  :
    TIOGA FUEL COMPANY, INC. :
                                  :
                                  :
        Debtor                :       Chapter 7

TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES ROBERT H. HOLBER, TRUSTEE and renders the following Report of Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1.   ROBERT H. HOLBER, TRUSTEE of the Chapter 7 estate has received some sale funds from sale of property of the estate.

2.   Property of which the debtor had an interest was sold on June 9, 2026.  Attached hereto, made a part hereof, marked as Exhibit "A" is a true and correct copy of a Settlement Statement.

3.   The gross sale proceeds were $475,000.00.

4.   The Trustee received proceeds of $80,000.00 which have been placed into a Trustee account for the Bankruptcy Estate.

Dated: _____6/12/26_____

_____
Chapter 7 Trustee
Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
Phone: 610-565-5463