| American Land Title Association | Final ALTA Settlement Statement - Cash |
|---|---|
| | Adopted 05-01-2015 |

**World Wide Land Transfer, LLC**
**ALTA Universal ID:**
**8 Interplex Drive**
**Suite 117**
**Trevose, PA 19053**

| | |
|---|---|
| File No./Escrow No.: | WW-16084-PA |
| Print Date & Time: | June 09, 2026 2:30 pm |
| Officer/Escrow Officer: | Christine Hadwen |
| Settlement Location: | 8 Interplex Drive, Suite 117 |
| | Trevose, PA 19053 |
| Property Address: | 3521 Tulip Street |
| | Philadelphia, PA 19134 |
| | 3501 Tulip Street |
| | Philadelphia, PA 19134 |
| | 3550R-3598 Aramingo Avenue |
| | Philadelphia, PA 19134 |
| Buyer: | 3501 TULIP ST LLC |
| | 1328 Jacob Drive |
| | Yardley, PA 19067 |
| Seller: | Tioga Fuel Company, Inc. |
| | 3521 Tulip Street |
| | Philadelphia, PA 19134 |
| Lender: | |
| Settlement Date : | June 09, 2026 |
| Disbursement Date : | June 09, 2026 |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 475,000.00 | Sale Price of Property | 475,000.00 | |
| | | Deposit | | 50,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 2,048.02 | City/Town Taxes - 3550R-98 ARAMINGO AVE 06/10/26-12/31/26 | 2,048.02 | |
| | 579.42 | City/Town Taxes -3521 TULIP ST 06/10/26-12/31/26 | 579.42 | |
| | 1,902.58 | City/Town Taxes -3501 TULIP ST 06/10/26-12/31/26 | 1,902.58 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| 102.00 | | Corp Lien and Good Standing Cert to World Wide Land Transfer, LLC | 102.00 | |
| | | Courier Fee (B) to World Wide Land Transfer, | 38.00 | |

EXHIBIT A

File # WW-16084-PA/138

Copyright 2015 American Land Title Association
All rights reserved

Printed on 06/09/26 at 2:30:33 PM by Christine Hadwen

| Seller | | Description | Buyer | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | Title Charges and Escrow/Settlement Charges (continued) | | |
| | | LLC | | |
| | | Digital Document Prep to World Wide Land Transfer, LLC | 8.50 | |
| | | Document Preparation Fee (B) to World Wide Land Transfer, LLC | 100.00 | |
| 100.00 | | Document Preparation Fee (S) to World Wide Land Transfer, LLC | | |
| | | Settlement Fee (B) to World Wide Land Transfer, LLC | 250.00 | |
| | | Wire Fee (B) to World Wide Land Transfer, LLC | 18.00 | |
| 18.00 | | Wire Fee (S) to World Wide Land Transfer, LLC | | |
| | | Owner's Title Insurance to World Wide Land Transfer, LLC<br>Coverage: $475,000.00<br>Premium: $3,162.50<br>Version: ALTA Owner's Policy (2021) | 3,162.50 | |
| | | **Commissions** | | |
| 23,750.00 | | Commission to Marcus & Millichap | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Simplifile | 527.50 | |
| 8,497.75 | | City/County tax/stamps to Simplifile | 8,497.75 | |
| 2,375.00 | | State tax/stamps to Simplifile | 2,375.00 | |
| | | **Payoffs** | | |
| 351,941.62 | | Payoff of First Mortgage Loan to Citizens Bank<br>Loan Payoff 351,941.62<br>Total Payoff 351,941.62 | | |
| | | **Miscellaneous** | | |
| | | Notary/Admin Fee (B) to Yaron Polak | 65.00 | |
| 35.00 | | Notary/Admin Fee (S) to Yaron Polak | | |
| 425.76 | | 3 City Certifications to 3501 TULIP ST LLC | | |
| 308.10 | | Special District to PRIDE<br>3501 Tulip Street | | |
| 100.72 | | Special District to PRIDE<br>3521 Tulip Street | | |
| 80,000.00 | | Trustee Check to Robert H. Holber, Trustee | | |
| 4,595.77 | | Water Bill 3501 Tulip Street to Water Revenue Bureau<br>037-78020-03501-001 | | |

Copyright 2015 American Land Title Association
All rights reserved

File # WW-16084-PA/138
Printed on 06/09/26 at 2:30:33 PM by Christine Hadwen

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Miscellaneous (continued) | | |
| 3,224.20 | | Water Bill 3521 Tulip (unmentered Stormwater) to City of Philadelphia 037-78020-03521-002 | | |
| 3,996.80 | | Water Bill 3550R-98 Aramingo Avenue (unmentered Stormwater) to City of Philadelphia 037-12900-03550-R01 | | |
| 35.05 | | Water Service to Water Revenue Bureau 037-78020-03501-001 | | |
| 24.25 | | Water Usage 2232 2234 to Water Revenue Bureau 3501 Tulip Street | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 479,530.02 | 479,530.02 | Subtotals | 494,674.27 | 50,000.00 |
| | | Due from Buyer | | 444,674.27 |
| 0.00 | | Due to Seller | | |
| 479,530.02 | 479,530.02 | Totals | 494,674.27 | 494,674.27 |

Copyright 2015 American Land Title Association
All rights reserved

File # WW-16084-PA/138
Printed on 06/09/26 at 2:30:33 PM by Christine Hadwen