**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

TIOGA FUEL COMPANY INC.,

Debtor.

Chapter 7

Case No. 25-12706-DJB

**APPLICATION OF CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING THE
TRUSTEE TO EMPLOY SHARER PETREE BROTZ & SNYDER AS ACCOUNTANT
PURSUANT TO 11 U.S.C. §§ 327 AND 328 AND FED. R. BANKR. P. 2014**

Robert H. Holber, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Tioga

Fuel Company Inc. (the "Debtor") in the above-captioned Chapter 7 case, hereby files this

Application (the "Application") for entry of an Order, pursuant to 11 U.S.C. Sections 327 and

328 and Fed. R. Bankr. P. 2014, authorizing the employment of Sharer Petree Brotz & Snyder as

accountant for the Trustee, effective as of June 9, 2026. In support of the Application, the

Trustee relies upon the Verified Statement of Robert N. Snyder, Jr. CPA (the "Snyder

Verification") attached hereto as Exhibit "A" and incorporated by reference, and respectfully

represents as follows:

1.      On July 7, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2.      Thereafter, the Office of the United States Trustee appointed Robert H. Holber as

Chapter 7 Trustee of the Debtor's estate.

3.      On or about June 9, 2026, the Trustee selected Sharer Petree Brotz & Snyder as

his accountant and requested that it immediately commence work on his behalf.  Through this

Application, the Trustee seeks authority to employ Sharer Petree Brotz & Snyder as of that date.

15631758.1

4.      The Trustee requires the accounting services of Sharer Petree Brotz & Snyder in the course of this proceeding including, but not limited to, the following:

a.      Prepare any tax returns and any other accounting needs for the bankruptcy estate.

b.      Provide any additional financial advice and assistance to the Trustee as may be needed.

5.      The Trustee has selected Sharer Petree Brotz & Snyder because it has considerable experience in providing these services and because the Trustee believes that it is well qualified to perform the necessary services.  A copy of the engagement letter detailing these services is attached to this Application as Exhibit "B" and incorporated herein by reference as if set forth herein.

6.      Subject to the approval of this Court, Sharer Petree Brotz & Snyder will charge the Trustee for its services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustment. The Trustee has been advised by Sharer Petree Brotz & Snyder that the current hourly rates, which may change from time to time as warranted by the work required, are as follows:

| | |
|---|---|
| Partner | $375 - $450 per hour |
| Managers | $310 - $375 per hour |
| Senior Associates | $250 - $295 per hour |
| Associates | $150 - $225 per hour |

7.      Based on the Snyder Verification, the Trustee believes that Sharer Petree Brotz & Snyder does not hold any interest adverse to the Debtor's estate and, while employed by the Trustee, will not represent any person having an adverse interest in connection with this case.

8.      The Trustee believes that the employment of Snyder is necessary and in the best interests of the Debtor's estate, enabling the Trustee to carry out his fiduciary duties owed to creditors under the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests the Court to enter the accompanying Order authorizing employment of Sharer Petree Brotz & Snyder as accountant to the Trustee, pursuant to §§ 327 and 328 of the Bankruptcy Code, as well as Fed. R. Bankr. P. 2014, with compensation and reimbursement of expenses to be paid pursuant to §§ 330 and 331 of the Bankruptcy Code, and in accordance with applicable administrative procedures established by Order of this Court, if any, and for such other and further relief as the Court deems proper and just.

Dated: June 18, 2026                    By: /s/ *Robert H. Holber*
                                             Robert H. Holber

                                             *Chapter 7 Trustee*


                                        **FLASTER/GREENBERG P.C.**

Dated: June 18, 2026                    By: */s/ William J. Burnett*
                                             William J. Burnett, Esquire
                                             1717 Arch Street, Suite 3300
                                             Philadelphia, PA 19103
                                             Telephone 215-279-9383
                                             William.burnett@flastergreenberg.com

                                             *Counsel for Robert H. Holber, Chapter 7
                                             Trustee*

15631758.1