**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>          Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

## VERIFIED STATEMENT OF PROPOSED ACCOUNTANT

1.      I am a Certified Public Accountant and my firm maintains offices in Pennsylvania and New Jersey.

2.      I am a partner of Sharer Petree Brotz & Snyder which maintains offices at 1103 Laurel Oak Road, Suite 105B, Voorhees, New Jersey 08043 and 210 W. Rose Tree Road, P.O. Box 733, Media, PA 19063.

3.      I have checked our firm's docketing and conflict check system and based upon by review, I have ascertained that the firm has no connection with the Debtor, its creditors or any other party in interest herein, or their respective attorneys or accountants.

4.      The firm represents no interest adverse to the Debtor's estate in the matters upon which it is to be engaged.

I verify under penalty of perjury, that the foregoing is true and correct.


Dated:  June 18, 2026                              */s/ Robert N. Snyder Jr., CPA*


15631758.1