**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

TIOGA FUEL COMPANY INC.,

Debtor.

Chapter 7

Case No. 25-12706-DJB

**ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE,
TO EMPLOY SHARER PETREE BROTZ & SNYDER AS ACCOUNTANT**

Upon the application (the "Application")[1] of Robert H. Holber, Chapter 7 Trustee

("Trustee") of the bankruptcy estate of Tioga Fuel Company Inc. (the "Debtor"), for an order

authorizing him to employ Sharer Petree Brotz & Snyder as his accountant in the above-

captioned Chapter 7 case; and the Court having reviewed the Application and the Verified

Statement of Robert N. Snyder Jr., CPA in Support of the Application (the "Verification")

attached to the Application as Exhibit "A"; and the Court having determined that the legal and

factual basis set forth in the Application and the Declaration establish just cause for the relief

granted herein.

THE COURT HEREBY FINDS THAT:

A.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.      Notice of the Application was sufficient under the circumstances.

D.      The Application and the Verification are in full compliance with applicable

provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of

---

[1]      Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

15631758.1

Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

5.    The Application is GRANTED.

6.    The Trustee is authorized to employ Sharer Petree Brotz & Snyder as his accountant in the above-captioned Chapter 7 case in accordance with the Application and Verification, effective as of June 9, 2026.

7.    Sharer Petree Brotz & Snyder shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.


Dated:                              , 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge


15631758.1

Interested Parties:

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

US Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

15631758.1