**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of June, 2026, true and correct

copies of the Application of Robert H. Holber, Chapter 7 Trustee for an Order Authorizing the

Trustee to Employ Sharer Petree Brotz & Snyder, together with the Notice of Application, were

served via ECF to all parties entitled to notice and via regular first-class mail, postage prepaid,

and upon the parties on the attached service list.

Dated:  June 18, 2026                     */s/ Jennifer L. Vagnozzi*
                                                    Jennifer L. Vagnozzi, Paralegal

15631758.1

Label Matrix for local noticing
0313-2
Case 25-12706-djb
Eastern District of Pennsylvania
Philadelphia
Tue Apr 14 18:29:44 EDT 2026

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

CSU - OUCTS, PA Labor & Industry
Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Marcus & Milichap
c/o Timothy B. Stephenson Jr.
2005 Market Street
Suite 1510
Philadelphia, PA 19103-7041

Parkside Funding Group LLC
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Suite 25
Melville, NY 11747-3645

Pinnacle Business Funding LLC
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

Smoot Investments Inc
3000 Smoot Road
Smoot, WV 24977-9602

Tioga Fuel Company Inc.
Randall Binversie
2301 E Tioga Street
Philadelphia, PA 19134-4614

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Amerisafe
PO Box 732643
Dallas, TX 75373-2643

Anthony F. Giuliano
Giuliano Law PC
445 Broadhollow. Rd.
Suite 25
Melville, NY 11747-3645

Anthony Giuliano
Giuliano Law PC
445 Broadhollow. Rd.
Suite 25
Melville, NY 11747-3645

Atradius Collections
3500 Lacey Road Suite 220
Downers Grove, IL 60515-2481

BBC International
PO Box 434
New Hope, PA 18938-0434

Bluevine Capital
30 Montgomery Street Suite 1400
Jersey City, NJ 07302-3857

Buckeye Energy Services LLC
4200 Westheimer Rd Suite 975
Houston, TX 77027-4428

Buckeye Energy Services LLC
Kevin A. Palmer, Esquire
Butera, Beausang, Cohen & Brennan
630 Freedom Business Center, Suite 108
King of Prussia    PA 19406-1331

Butera, Beausang, Cohen & Brennan
630 Freedom Business Center Suite 108
King of Prussia, PA 19406-1331

(p)CHANNEL PARTNERS CAPITAL  LLC
ATTN JEFF LOTHERT
1111 E COLLEGE DRIVE SUITE 200
MARSHALL MN 56258-1979

Chaves, Obregon & Perales, LLP
800 N Shoreline Suite 2000S
Corpus Christi, TX 78401-3759

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Commonwealth of PA Storage Fund
2 E. Main Street
Norristown, PA 19401-4915

Commonwealth of PA Storage Tank Fund
2 East Main Street
Norristown, PA 19401-4915

Commonwealth of Pennsylvania
Department of Enviornmental Protection
2301 East Tioga Street
Philadelphia, PA 19134-4614

Commonwealth of Pennsylvania - UCTS
Department of Labor and Industry
PO Box 68568
Harrisburg, PA 17106-8568

Corportion Service Company
PO Box 2576
Springfield, IL 62708-2576

Everest Business Funding
1008 Mattlind Way
Milford, DE 19963-5300

(p)EVEREST BUSINESS FUNDING
ATTN ATTN ATTENTION LEGAL DEPARTMENT
12496 NW 25TH STREET
SWEETWATER FL 33182-1505

Fleischer, Fleischer & Suglia, P.C.
601 Route 73 Suite 305
Marlton, NJ 08053-3475

Freepoint Commodities
58 Commerce Rd
Stamford, CT 06902-4506

Freepoint Commodities LLC
Keifer Law Firm, LLC
311 Market Street
Kingston, PA 18704-5428

Home Depot
2455 Paces Ferry Road NW
Atlanta, GA 30339

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Invision Security
1000 Germantown Pike Suite D4
Plymouth Meeting, PA 19462-2484

James E Holland, CPA
7 West Main Street
Camp Hill, PA 17011-6327

James Stampler
1532 Tarrington Way
Hatfield, PA 19440-3175

Jim Stampler Wright & Wright
1532 Tarrington Way
Hatfield, PA 19440-3175

Johnson & Johnson Pref Fin Inc
PO Box 26009
Greensboro, NC 27420-6009

Keifer Law Firm, LLC
311 Market Street
Kingston, PA 18704-5428

Kimberly E. Shields
2 East Main Street
Norristown, PA 19401-4915

Kohner Mann & Kalis, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212-1991

Lamont Tucker
2104 E Tioga Street
Philadelphia, PA 19134-2612

Madeb Law, LLC
2433 Knapp Street Suite 203A
Brooklyn, NY 11235-1005

Mike Ruth
2856 Sellers Street
Philadelphia, PA 19137-1923

Mike Spano & Sons
3015 E Ontario Street
Philadelphia, PA 19134-6307

Monroe Energy
58 Commerece Road
Stamford, CT 06902-4506

New Jersey Register
971 US Highway 202N Suite A
Somerville, NJ 08876-3757

PECO
PO Box 37629
Philadelphia, PA 19101-0629

Parkside Funding Group
1615 Avenue Apt 122
Brooklyn, NY 11229-4418

Parkside Funding Group
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

Parkside Funding Group LLC
c/o ANTHONY F. GIULIANO
Giuliano Law P.C.
445 Broadhollow Rd.
Ste. 25
Melville, NY 11747-3645

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Pinnacle Business Funding
1202 Avenue U Suite 1115
Brooklyn, NY 11229-4107

Pinnacle Business Funding LLC
c/o ANTHONY F. GIULIANO
Giuliano Law P.C.
445 Broadhollow Rd.
Ste. 25
Melville, NY 11747-3645

Recovery Solutions Group
1008 Mattlind Way
Milford, DE 19963-5300

Riggins Inc.
3928 South Main Road
Vineland, NJ 08360

Riggins, Inc.
PO Box 150
Millville, NJ 08332-0150

S. J. Fuel South Co., Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

SJ Fuel South Co. Inc
4560 N. Port Washington Rd
Milwaukee, WI 53212

Sabin & Associates, Inc.
8729 West Chester Pike
Upper Darby, PA 19082-1185

Santander Bank
PO Box 847050
Boston, MA 02284-7050

Santander Bank, N.A.
c/o Goetz Platzer LLP
Attn: T. Saduto-Carley
One Penn Plaza, Suite 3100
New York, NY 10119-3100

Sid Harvey Industries Inc.
Collections Department
605 Locust Streeet
Garden City, NY 11530-6531

Silver Oak Casualty, Incorporated
PO Box 732643
Dallas, TX 75373-2643

Small Business Administration, An Agency of
660 American Avenue, Suite 301
King of Prussia, PA 19406-4032

Sprague Operating Resources LLC
185 International Drive
Portsmouth, NH 03801-6836

Sunoco, LLC
8111 Westchester Dr
Dallas, TX 75225-6140

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

U.S. Small Business Admin.
Office of General Counsel
409 3rd St SW
Washington, DC 20416-0011

United Energy
3801 West Chester Pike
Newtown Square, PA 19073-2320

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

WEX
1 Hancock Street
Portland, ME 04101-4217

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1663

Weltman Weinberg & Reis Co. LPA
170 S Independence Mall W Ste 874w
Philadelphia, PA 19106-3334

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102-3518

ROBERT H. HOLBER
Robert H. Holber PC
41 East Front Street
Media, PA 19063-2911

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CITY OF PHILADELPHIA
Tax & Revenue Unit
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
Tax Litigation & Collections Unit
Philadelphia, PA 19102-1595 United State

Channel Partners
10900 Wayzata Blvd Suite 300
Hopkins, MN 55305

(d)Channel Partners Capital, LLC
10900 Wayzata Blvd., Suite 300
Minnetonka, MN  55305

Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

(d)City of Philadelphia
PO Box 8409
Philadelphia, PA 19101

(d)City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

(d)City of Philadelphia
c/o MEGAN N. HARPER
City of Philadelphia - Law/Revenue Dept.
1401 JFK Blvd., Room 580
Philadelphia, PA 19102

(d)City of Philadelphia Department of Revenue
PO Box 8409
Philadelphia, PA 19101

(d)City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., 5th floor
Philadelphia, PA 19102

Everest Business Funding
102 W 38th Street 6th Floor
New York, NY 10018

(d)Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citizens Bank, N.A.

(d)CSU - OUCTS, PA Labor & Industry
Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

(d)Mike Spano & Sons, Inc.
3015 E Ontario Street
Philadelphia, PA 19134-6307

(d)Pinnacle Business Funding LLC
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

(d)Smoot Investments Inc
3000 Smoot Road
Smoot, WV 24977-9602

(d)Sprague Operating Resources, LLC
185 International Drive
Portsmouth, NH 03801-6836

(u)US Bank
PO Box 790448
St Louis, MT

End of Label Matrix
Mailable recipients    82
Bypassed recipients     7
Total                  89