# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

TIOGA FUEL COMPANY INC.,

Debtor.

Chapter 7

Case No. 25-12706-DJB

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

1.     On June 18, 2026, the Application to Employ Sharer Petree Brotz & Snyder as Accountants (the "Application") [Docket No. 83] was filed in the above-captioned matter, together with the Notice of Application [Docket No. 84].

2.     As of the date hereof, undersigned counsel has not received any answers or objections to the Application.  A review of the docket in this case reflects that no answers or objections have been filed.

3.     To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Application been filed with the Court.

4.     Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

**FLASTER/GREENBERG P.C.**

Date: July 17, 2026

By: */s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 279-9383

15700320.1