United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 25-12706-djb

Tioga Fuel Company Inc.                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2

Date Rcvd: Jul 21, 2026                       Form ID: pdf900                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tioga Fuel Company Inc., Randall Binversie, 2301 E Tioga Street, Philadelphia, PA 19134-4614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Pinnacle Business Funding LLC afg@glpcny.com |
| ANTHONY F. GIULIANO | on behalf of Interested Party Parkside Funding Group LLC afg@glpcny.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| GINA MARIE THOMAS | on behalf of PA Department of Environmental Protection - SERO githomas@pa.gov |
| MARC A. WEINBERG | on behalf of Creditor Lamont Tucker mweinberg@saffwein.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Tioga Fuel Company Inc. help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | |

District/off: 0313-2                             User: admin                                   Page 2 of 2
Date Rcvd: Jul 21, 2026                         Form ID: pdf900                               Total Noticed: 1

                           on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com

ROBERT H. HOLBER
                           trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                           on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
                           USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
                           on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com
                           william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
                           on behalf of Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com
                           william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE,**
**TO EMPLOY SHARER PETREE BROTZ & SNYDER AS ACCOUNTANT**

Upon the application (the "Application")[1] of Robert H. Holber, Chapter 7 Trustee

("Trustee") of the bankruptcy estate of Tioga Fuel Company Inc. (the "Debtor"), for an order

authorizing him to employ Sharer Petree Brotz & Snyder as his accountant in the above-

captioned Chapter 7 case; and the Court having reviewed the Application and the Verified

Statement of Robert N. Snyder Jr., CPA in Support of the Application (the "Verification")

attached to the Application as Exhibit "A"; and the Court having determined that the legal and

factual basis set forth in the Application and the Declaration establish just cause for the relief

granted herein.

THE COURT HEREBY FINDS THAT:

A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.

B.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.     Notice of the Application was sufficient under the circumstances.

D.     The Application and the Verification are in XX compliance with applicable

provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

15631758.1

Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

5.    The Application is GRANTED.

6.    The Trustee is authorized to employ Sharer Petree Brotz & Snyder as his accountant in the above-captioned Chapter 7 case in accordance with the Application and Verification, effective as of June 9, 2026.

7.    Sharer Petree Brotz & Snyder shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated:        July 21 , 2026

The Honorable Derek J. Baker
United States Bankruptcy Judge

15631758.1

Interested Parties:

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

US Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

15631758.1