**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12706-DJB |

**FIRST AND FINAL APPLICATION OF SHARER PETREE BROTZ & SNYDER FOR COMPENSATION FOR SERVICES RENDERED AS ACCOUNTANT FOR THE TRUSTEE AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 9, 2026 THROUGH SEPTEMBER 9, 2026**

TO THE HONORABLE DEREK J. BAKER, UNITED STATES BANKRUPTCY JUDGE:

Sharer Petree Brotz & Snyder ("Sharer Petree" or "Applicant"), Accountant for the Trustee, in accordance with F.R.B.P. 2016, applies under Sections 330 and 331 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

**Part A -- Preliminary Statement**

1. Applicant is accountant for Robert H. Holber, Chapter 7 Trustee (the "Trustee").

2. All services rendered for which compensation is requested were performed for or on behalf of the Trustee.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. Applicant believes that the sums sought by this Application are fair and reasonable in light of the time and effort devoted, the responsibilities undertaken, the results

achieved, the quality and efficiency of the work done and other relevant factors.

6. Pursuant to Local Rule 2016-2(b), below is a history of this case:

Tioga Fuel Company Inc. (the "Debtor") filed a voluntary chapter 7 bankruptcy petition on July 7, 2025 (the "Petition Date"). Shortly thereafter, the Trustee was appointed. The Debtor operated a retail fuel oil enterprise and owned related commercial real estate prior to the filing. Since the beginning of the case, the Trustee has received proceeds from the sale of that real estate. To date, the Trustee has received $325,000.

The Trustee had engaged our firm to prepare necessary final corporate tax returns for the company. We reviewed prior tax returns filed by the debtor, contacted the prior accountant for pre-petition activity and additional information needed, analyzed the trustee's sale of the commercial property and related activity and prepared and reconciled tax return trial balances for 2025 and the short year ended August 31, 2026. Using these trial balances, we prepared federal, Pennsyvania and City of Philadelphia corporate tax returns for the year ended December 31, 2025 and the final short year ending August 31, 2026 and supporting workpapers and correspondence requesting prompt determination from taxing authorities. We reviewed and compiled the returns for distribution to and filing by the trustee.

As of August 19, 2026, the Trustee has $151,705.41 on hand before payment of this requested fee application.

**Part B -- General Information**

1. **Final Fee Application**
**Period June 6, 2026 through September 9, 2026**

| | Requested |
|---|---|
| Fees | $ 11,875.50 |
| Expenses | $ 106.98 |
| Total | $ 11,982.48 |

2. **General Information**

a. Date case filed: July 7, 2025.

b. Date application to approve employment filed: June 9, 2026.

c. Date employment approved: July 21, 2026.

d. First date services rendered in the case: June 9, 2026.

e. Compensation request is under Sections 330 and 331 of the Bankruptcy Code.

f. Any fees awarded will be paid from the estate. Applicant's fees will be subject to disgorgement until final approval by the Court.

g. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.

_____ Yes ___X___ No

**3. Prior Applications**
None.

**<u>Part C – Billing Summary</u>**

The accounting services rendered by Applicant are set forth and detailed in the attached chronological schedules appended hereto as Exhibit "A". The total time for all professionals involved was in the aggregate 36.0 hours. The total fee amount requested is $11,875.50 for the period June 9, 2026 through September 9, 2026.

**<u>Part D - Expense Summary</u>**

Further, Applicant requests reimbursement of expenses incurred in the total amount of $106.98 during the period June 9, 2026 through September 9, 2026, as more fully set forth in Exhibit "A" attached hereto. Said expenses were actual and necessary in this case and are not

included in the overhead cost of Applicant's office.

As required by the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (b)(1)(v), the Trustee has reviewed this application and has approved the requested amount. Additionally, pursuant to 11 U.S.C. § 330 (b)(2)(i), the Trustee believes that it is feasible to make an interim distribution to Chapter 7 professional creditors without prejudicing the rights of any creditor holding a claim of equal or higher priority. This fee application is considered on an interim basis with *de novo* final review after submission of the TFR.

WHEREFORE, Sharer Petree Brotz & Snyder respectfully requests that this Court enter an Order, in the form attached, granting an award of $11,875.50 in compensation and of $106.98 for expenses incurred for the period June 9, 2026 through September 9, 2026, and such other relief as this Court deems just and proper.

**FLASTER/GREENBERG P.C.**

Dated: September 18, 2026

*/s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
(215) 279-9383

Counsel for Robert H. Holber, Chapter 7 Trustee