**SHARER PETREE BROTZ & SNYDER**

*Certified Public Accountants*
*Business Advisors*

Laurelwood Corporate Center

18 West King Street
Malvern, PA 19355
610-647-7840

1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043

Tel: 856-435-3200
Fax: 856-435-4868
www.SharerPBS.com

INVOICE submitted to:
Tioga Fuel Company, Inc.
c/o Robert H. Holber, Trustee
41 East Front Street
Media, PA 19063

September 15, 2026

Invoice # 29965

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/9/2026 | RNS | Review note from trustee re: case background, sale of properties, tax returns needed and related matters | 0.10 | 45.00 |
| | RNS | Review docket and claims register in preparation for tax work | 0.20 | 90.00 |
| | RNS | Review petition, schedules and statement of financial affairs filed by debtor in preparation for tax work | 0.30 | 135.00 |
| | RNS | Review proofs of claim filed by IRS, PA Unemployment and City of Philadelphia | 0.30 | 135.00 |
| | RNS | Initial review of 2023 and 2024 federal corporate tax returns and supporting schedules | 0.30 | 135.00 |
| 7/6/2026 | RNS | Iniital review of trustee's report of sale and related settlement statement | 0.20 | 90.00 |
| 8/10/2026 | RNS | Draft note to trustee re: information needed for tax return and related matters | 0.10 | 45.00 |
| | RNS | Draft note to trustee re: request for cash receipts and disbursements register and closing statements from real estate sales | 0.20 | 90.00 |
| | RNS | Additional review of 2024 federal tax return received; note additonal returns and information needed; draft note to Andrew Donnelly, prior accountant requesting | 0.30 | 135.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | additional information and returns | | |
| 8/10/2026 | RNS | Initial review of cash receipts and disbursements register received from trustee; cross reference to trustee's reports of sale and closing statements received; draft note to trustee regarding additonal information needed | 0.40 | 180.00 |
| 8/25/2026 | MD | Prepare tax files to accumulate information for 2026 tax return | 0.20 | 59.00 |
| | MD | Meeting with Bob Snyder re: case introduction and related matters | 0.30 | 88.50 |
| | MD | Prepare tax files to accumulate information for 2025 tax return | 0.30 | 88.50 |
| | MD | Prepare 12/31/2025 Form 1120S and PA-20S | 0.40 | 118.00 |
| | MD | Prepare trial balances for 12/31/2025 and 8/31/2026; review and analyze cash receipts, disbursements and accruals for 2025 and 2026 tax return and post to trial balance; prepare adjusting journal entries to balance accounts | 3.00 | 885.00 |
| | RNS | Draft note to prior accountant re: reminder on request for additional tax returns needed | 0.10 | 45.00 |
| | RNS | Compile document for tax return preparation | 0.30 | 135.00 |
| | RNS | Meetings with Michele Dilks re: case background, tax returns to be prepared, methodology and related matters | 0.30 | 135.00 |
| | RNS | Review cash receipts and disbursements register received; note accruals for tax return | 0.40 | 180.00 |
| | RNS | Review settlement statements from sale of real estate; review consent order on secured debtor; cross reference to tax returns received | 0.60 | 270.00 |
| 8/26/2026 | MD | Phone call to prior accountant to obtain information for preparation of 2025 tax returns; left message with receptionist | 0.10 | 29.50 |
| | MD | Prepare transmittal letter to trustee, 60-day determination letters to IRS, PA and Phila; draft narrative statements for 6/30/2026 tax returns | 0.60 | 177.00 |
| | MD | Prepare transmittal letter to trustee, 60-day determination letters to IRS, PA and Phila; draft narrative statements for 2025 tax returns | 1.00 | 295.00 |
| | MD | Prepare schedule for sale of fixed assets for 2025; enter in ProSeries | 1.00 | 295.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/26/2026 | MD | Continue to prepare 12/31/2025 Form 1120S and PA-20S | 2.60 | 767.00 |
| | RNS | Review notes from Michele Dilks re: accountant waiting for client authorization to release documents and confimation that 2025 was not filed | 0.10 | 45.00 |
| 8/27/2026 | MD | Follow up phone call to prior accountant; regarding status of permission from owner to release information | 0.10 | 29.50 |
| | MD | Prepare schedule for sale of fixed assets for 2026; enter in ProSeries | 2.00 | 590.00 |
| 9/1/2026 | MD | Meeting with Bob Snyder re: recap of call with prior accountant | 0.20 | 59.00 |
| | MD | Phone call with prior accountant re: preparation of 2025 tax returns | 0.30 | 88.50 |
| | MD | Email correspondence with prior accountant re: 2024 federal extension and reports needed for 2025; download extension | 0.30 | 88.50 |
| | RNS | Meetings with Michele Dilks re: conversation with prior accountant, pre-bankruptcy activity for 2025, issues and related matters | 0.20 | 90.00 |
| 9/2/2026 | RNS | Review 2024 PA and Philadelphia corporate returns received from prior accountant | 0.30 | 135.00 |
| 9/4/2026 | MD | Meeting with Bob Snyder re: questions regarding 2025 transactions | 0.20 | 59.00 |
| | MD | Continue to prepare 12/31/2025 Form 1120S and PA-20S | 1.80 | 531.00 |
| | MD | Review 2025 reports received from prior accountant; revise trial balance for 2025 activity | 2.50 | 737.50 |
| | RNS | Review 2025 general ledger and related reports received from prior accountant | 0.20 | 90.00 |
| 9/8/2026 | MD | Meeting with Bob Snyder re: review revisions to 2025 tax return | 0.20 | 59.00 |
| | MD | Prepare 2025 Philadelphia BIRT-EZ return | 0.50 | 147.50 |
| | MD | Review 2025 tax returns and transmittal letters; make revisions as necessary | 1.00 | 295.00 |
| | MD | Revise trial balance for 8/30/26 after review | 1.20 | 354.00 |
| | MD | Prepare 08/31/2026 Form 1120S and PA-20S | 2.60 | 767.00 |
| | RNS | Review 2025 tax return trial balance received from associate | 0.20 | 90.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 9/8/2026 | RNS | Meetings with Michele Dilks re: review of tax return draft, trial balance and related matters | 0.20 | 90.00 |
| | RNS | Review federal, PA and Philadelphia corporate tax retuns for year ended December 31, 2025 and related workpapers | 1.00 | 450.00 |
| 9/9/2026 | MD | Review before compilation | 0.40 | 118.00 |
| | MD | Final review; distribute | 0.60 | 177.00 |
| | MD | Prepare 2026 Philadelphia BIRT-EZ return and Philadelphia change form | 0.70 | 206.50 |
| | MD | Review 2026 tax returns and transmittal letters; make revisions as necessary | 0.80 | 236.00 |
| | MD | Continue to prepare 08/31/2026 Form 1120S and PA-20S | 3.00 | 885.00 |
| | RNS | Draft note to trustee re: final tax returns, payments due with Philadephia returns and related matters | 0.10 | 45.00 |
| | RNS | Review final tax return packages; sign tax returns | 0.30 | 135.00 |
| | RNS | Review 8/31/26 tax return trial balance received from associate | 0.40 | 180.00 |
| | RNS | Review federal, PA and Philadelphia corporate tax retuns for short final year ended August 31, 2026 and related workpapers | 1.00 | 450.00 |
| | For professional services rendered | | 36.00 | $11,875.50 |
| | Additional Charges : | | | |
| 9/9/2026 | Photocopies - 264 @ $.20 | | | 52.80 |
| | Overnight delivery via Federal Express to trustee's office | | | 54.18 |
| | Total costs | | | $106.98 |
| | Total amount of this bill | | | $11,982.48 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 8.10 | 450.00 | $3,645.00 |
| Michele Dilks, CPA | 27.90 | 295.00 | $8,230.50 |