**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12706-DJB |

**ORDER**

AND NOW, this day of , 2026, upon consideration of the First and Final Application of Sharer Petree Brotz & Snyder for Compensation for Services as Accountant for the Trustee for the Period June 9, 2026 through September 9, 2026, and after notice and opportunity for hearing, it is:

ORDERED that Sharer Petree Brotz & Snyder, accountants for the Trustee for the time period June 9, 2026 through September 9, 2026 is hereby allowed the total award of $11,875.50 in first and final compensation and $106.98 in first and final fees, with *de novo* final review after submission of the TFR.

BY THE COURT:

______________________________
THE HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Robert H. Holber, Chapter 7 Trustee
Law Office of Robert H. Holber P.C.
41 East Front Street
Media, PA 19063

United States Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405