**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12706-DJB |

**CERTIFICATION OF ROBERT N. SNYDER, JR.**

ROBERT N. SNYDER, JR., being duly sworn according to law, deposes and says that he is a partner with the firm of Sharer Petree Brotz & Snyder, accountant for the Trustee; that he is authorized to make this Affidavit on its behalf; that the facts set forth in the foregoing Application are true and correct to the best of his information, knowledge and belief; that Applicant has no agreement, directly or indirectly, and that no understanding exists in any form or guise with any person for a division of the compensation herein requested, except that compensation to be received by Applicant will be shared among Applicant's shareholders and employees.

Dated: September 18, 2026

*/s/ Robert N. Snyder, Jr.*
ROBERT N. SNYDER, JR., CPA/CFF, MBA, CIRA, CFE