**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12706-DJB |

**CERTIFICATE OF SERVICE**

I, Jennifer Vagnozzi, hereby certify that on this 18th day of September, 2026, a true and correct copy of the First and final Application of Sharer Petree Brotz & Snyder for Compensation for Services and Fees as Accountant for the for the Period June 9, 2026 through Septemner 9, 2026 (the "Application"), together with the Notice of Application, was served via first class mail, postage prepaid, upon the parties listed below.

| | |
|---|---|
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut St., Suite 500<br>Philadelphia, PA 19107-4405 | Robert H. Holber<br>Law Office of Robert H. Holber P.C.<br>41 East Front Street<br>Media, PA 19063 |
| Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | |

I further certify that the Notice of Application was served via first class mail, postage prepaid, upon the parties on the mailing matrix.

Dated: September 18, 2026

/s/ *Jennifer Vagnozzi*
Jennifer Vagnozzi

15934458.1