**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**FIRST AND FINAL APPLICATION OF FLASTER/GREENBERG P.C. FOR COMPENSATION FOR LEGAL SERVICES RENDERED AS COUNSEL FOR THE TRUSTEE AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 2, 2025 THROUGH SEPTEMBER 30, 2026**

Flaster/Greenberg P.C. ("FG"), Counsel for the Trustee, in accordance with F.R.B.P. 2016, applies under Section 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

**Part A -- Preliminary Statement**

1. Applicant is counsel for Robert H. Holber, Chapter 7 Trustee (the "Trustee").

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. Applicant believes that the sums sought by this Application are fair and reasonable in light of the time and effort devoted, the responsibilities undertaken, the results achieved, the quality and efficiency of the work done and other relevant factors.

6. Pursuant to Local Rule 2016-2(b), below is a history of this case:

> The mortgage holder, Citizens Bank, held liens and debt in an amount that was more than the value of the 2 principal properties. Without the work performed in this case by the Applicant, this could have been a no asset case. Instead, value was

created for the estate and creditors.

Applicant negotiated with counsel for the secured creditor to reach a consensual carve-out arrangement that was memorialized and approved but this Court.

Thereafter, the Broker was engaged and the 2 properties listed.

After a buyer was obtained for the property located on 3573-77 Sepviva Street, Philadelphia, PA 19134 for a price of $325,000, counsel negotiated the terms of the Asset Purchase Agreement and drafted the Sale Motion and related Certification and assisted the Trustee in closing the transaction. This sale yielded a carve out of $75,000 for the estate.

After a buyer was obtained for the property located on 3521 Tulip Street, 3501 Tulip Street and 3550R-98 Aramingo Avenue, Philadelphia, PA for $750,000, counsel negotiated the terms of the Asset Purchase Agreement and drafted the Sale Motion and related Certification and obtained a Sale Order. Thereafter, this initial buyer requested more time and counsel drafted an extension and filed it with the Court. Thereafter, the initial buyer defaulted, and the Trustee retained his $5,000 deposit for the benefit of the estate.

This default and subsequent significant reevaluation and price drop in the Tulip Street property caused the bank to seek to renegotiate the carve out. Applicant documented this revised deal and filed it with the Court.

After a new buyer was obtained for the property located on 3521 Tulip Street, 3501 Tulip Street and 3550R-98 Aramingo Avenue, Philadelphia, PA for a price of $475,000, counsel negotiated the terms of the Asset Purchase Agreement and drafted the Sale Motion and related Certification and assisted the Trustee in closing the transaction. This sale yielded an additional carve out of $75,000 for the estate.

Overall, all of these efforts enabled the Trustee to obtain gross carve out proceeds of $155,000 which is enough to pay Applicants requested fees and expense as well as other Chapter 7 administrative expenses and commissions and leave enough for a meaningful distribution to creditors.

7. The Trustee has reviewed this Fee Application and believes that the fees are reasonable and that the services performed were necessary for the administration of the case for the benefit of the Debtor's creditors.

8. This Fee Application is considered on an interim basis with *de novo* final review after submission of the TFR

## Part B -- General Information

1. **First Interim and Final Fee Application**
**Period September 2, 2025 through September 30, 2026**

Requested

| | |
|---|---|
| Fees | $31,939.00 |
| Expenses | $ 639.50 |
| Total | $32,578.50 |

2. **General Information**

a. Date case filed: July 7, 2025. Thereafter, the Office of the United States Trustee appointed Robert H. Holber as the Chapter 7 Trustee of the Debtor's estate.

b. Date application to approve employment filed: September 8, 2025.

c. Date employment approved: September 23, 2025.

d. First date services rendered in the case: September 2, 2025.

e. Compensation request is under Section 330 of the Bankruptcy Code.

f. Any fees awarded will be paid from the estate.

g. This application is for a period less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.

_____ Yes ___X___ No

h. The Trustee has reviewed and approved this fee application prior to filing.

3. **Prior Applications**

None.

4. **Attorney Billing for Chapter 7 Period**
**September 2, 2025 through September 30, 2026**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| William J. Burnett (2025) | $690.00 | 22.00 | $15,180.00 |
| William J. Burnett (2026) | $710.00 | 12.60 | $8,946.00 |
| Damien N. Tancredi | $570.00 | 3.00 | $1,710.00 |
| Total Fees | | | $25,836.00 |

5. **Paralegal Billing for Chapter 7 Period
September 2, 2025 through September 30, 2026**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Jennifer Vagnozzi (2025) | $250.00 | 14.80 | $3,700.00 |
| Jennifer Vagnozzi (2026) | $270.00 | 8.90 | $2,403.00 |
| Total Fees | | | $6,103.00 |
| Grand Total | | | $31,939.00 |

6. **Billing Rates:**

a. Are any of the billing rates different from the billing rates set forth in your last application? N/A.

b. If yes, indicate whose billing rates are different and explain why? N/A

**<u>Part C – Billing Summary</u>**

1. **Description of Services/ Detail of Hours Expended**

The legal services rendered by Applicant are set forth and detailed in the attached schedules appended hereto as Exhibit "A". The total time for all attorneys and paralegals involved was in the aggregate 61.30 hours. The total amount requested is $31,939.00 for the period September 2, 2025 through September 30, 2026.

**<u>Part D - Expense Summary</u>**

The expenses incurred by Applicant are set forth and detailed in the attached schedule appended hereto as Exhibit "B". The total amount requested is $639.50 for the period September 2, 2025 through September 30, 2026.

WHEREFORE, Flaster/Greenberg, P.C., respectfully requests that this Court enter an Order, in the form attached, granting $31,939.00 in final compensation for fees and $639.50 for expenses for the period September 2, 2025 through September 30, 2026, and granting such other relief as this Court deems just and proper.

**FLASTER/GREENBERG P.C.**

Dated: October 9, 2026

*/s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
(215) 279-9383
*Counsel for Robert H. Holber, Chapter 7 Trustee*