Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/2025 | Vagnozzi, Jennifer L. | Review and revise Carve-Out Motion; draft proposed order, notice of hearing and COS | 1.00 | 250.00 | 250.00 |
| 09/02/2025 | Vagnozzi, Jennifer L. | Email with W. Burnett; revise Carve-Out Motion | 0.10 | 250.00 | 25.00 |
| 09/02/2025 | Burnett, William J. | Review case, background and schedules and potential real property agreements and conference with Trustee regarding case strategy. | 1.90 | 690.00 | 1,311.00 |
| 09/02/2025 | Burnett, William J. | Email correspondence from Trustee regarding background. | 0.20 | 690.00 | 138.00 |
| 09/03/2025 | Vagnozzi, Jennifer L. | Email correspondence regarding updated timing of filings | 0.10 | 250.00 | 25.00 |
| 09/03/2025 | Vagnozzi, Jennifer L. | Prepare service list for Carve-Out Motion | 1.00 | 250.00 | 250.00 |
| 09/03/2025 | Vagnozzi, Jennifer L. | Review purchase agreements and draft Sale Motions for 3573-77 Sepviva; 3521, 3501 Tulip Street; 3550R-98 Aramingo Avenue | 2.00 | 250.00 | 500.00 |
| 09/03/2025 | Burnett, William J. | Prepare review and revise Flaster Greenberg application to employ | 0.40 | 690.00 | 276.00 |
| 09/03/2025 | Burnett, William J. | Prepare review and revise secured creditor carve out agreement | 2.10 | 690.00 | 1,449.00 |
| 09/04/2025 | Burnett, William J. | Review and revised draft form of sale agreement | 0.40 | 690.00 | 276.00 |
| 09/04/2025 | Burnett, William J. | Prepare review and revise addendum to draft real estate purchase agreement to incorporate applicable bankruptcy issues. | 1.90 | 690.00 | 1,311.00 |
| 09/05/2025 | Vagnozzi, Jennifer | Telephone call with W. Burnett | 0.10 | 250.00 | 25.00 |

Client: Holber, Robert (Chapter 7 Trustee)
Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | L. | re: signed broker agreement and employment application | | | |
| 09/05/2025 | Vagnozzi, Jennifer L. | Finalize and circulate Marcus & Millichap employment application and verified statement to R. Holber and T. Stephenson for review and signatures | 0.20 | 250.00 | 50.00 |
| 09/05/2025 | Vagnozzi, Jennifer L. | Email to R. Holber re: status of FG employment application | 0.10 | 250.00 | 25.00 |
| 09/08/2025 | Burnett, William J. | Email to council to secure creditor regarding potential carve out deal. | 0.20 | 690.00 | 138.00 |
| 09/08/2025 | Vagnozzi, Jennifer L. | Finalize and Efile FG and Marcus & Millichap employment applications; prepare service list; Efile and serve; calendar objection deadline | 1.20 | 250.00 | 300.00 |
| 09/08/2025 | Vagnozzi, Jennifer L. | Email with Milos re: secured creditor motion | 0.10 | 250.00 | 25.00 |
| 09/10/2025 | Vagnozzi, Jennifer L. | Review R. Holber's comments on secured creditor motion; revise same | 0.30 | 250.00 | 75.00 |
| 09/11/2025 | Burnett, William J. | Email correspondence with counsel to secured lender regarding carve out agreement and broker fees and follow up email with real estate broker. | 0.40 | 690.00 | 276.00 |
| 09/11/2025 | Vagnozzi, Jennifer L. | Telephone call with W. Burnett re: updated broker fee | 0.10 | 250.00 | 25.00 |
| 09/11/2025 | Burnett, William J. | Email and follow up Telephone to UST John Schanne regarding application to employ broker | 0.20 | 690.00 | 138.00 |
| 09/11/2025 | Burnett, William J. | Email correspondence with secured creditor and broker regarding commission and | 0.40 | 690.00 | 276.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

Invoice Date: September 30, 2026
Invoice Num.: 517354
Matter Number: 116532.0035

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | pending purchase agreements | | | |
| 09/11/2025 | Burnett, William J. | Review draft asset, purchase agreements and indicate changes required for bankruptcy compliance | 1.30 | 690.00 | 897.00 |
| 09/11/2025 | Vagnozzi, Jennifer L. | Revise proposed order re: Marcus & Millichap's employment; Efile same | 0.40 | 250.00 | 100.00 |
| 09/11/2025 | Vagnozzi, Jennifer L. | Prepare CNO for Marcus & Millichap reflecting Secured Creditor and UST's commission changes | 0.30 | 250.00 | 75.00 |
| 09/11/2025 | Vagnozzi, Jennifer L. | Draft Addendum to Agreement of Sale; email with W. Burnett re: same | 0.80 | 250.00 | 200.00 |
| 09/12/2025 | Vagnozzi, Jennifer L. | Review and revise Addendum to Agreement of Sale | 0.50 | 250.00 | 125.00 |
| 09/12/2025 | Burnett, William J. | Email correspondence to real estate broker regarding addendum to agreements of sale | 0.20 | 690.00 | 138.00 |
| 09/12/2025 | Burnett, William J. | Email correspondence with council to secured creditor regarding amendments to agreements of sale and carve out agreement and the sale process | 0.30 | 690.00 | 207.00 |
| 09/12/2025 | Vagnozzi, Jennifer L. | Emails with W. Burnett re: Carve Out Motion; finalize proposed order and notice of hearing; Efile and serve on all parties; calendar objection and hearing dates | 1.00 | 250.00 | 250.00 |
| 09/19/2025 | Vagnozzi, Jennifer L. | Efile CNO for Marcus & Millichap Employment | 0.10 | 250.00 | 25.00 |
| 09/19/2025 | Vagnozzi, Jennifer L. | Draft and Efile CNO for FG's employment | 0.30 | 250.00 | 75.00 |
| 09/22/2025 | Burnett, William J. | Email correspondence from | 0.40 | 690.00 | 276.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | real estate broker regarding tulip sale | | | |
| 09/22/2025 | Burnett, William J. | Review secured creditor, carved agreement and telephone to Rob Holber regarding strategy | 0.60 | 690.00 | 414.00 |
| 09/22/2025 | Burnett, William J. | Email correspondence with counsel to bank regarding carve out and separate timing for property sales and telephone to counsel to bank regarding same. | 0.30 | 690.00 | 207.00 |
| 09/22/2025 | Burnett, William J. | Review bank car out motion and revise order approving carve out motion to address separate timing of property sales and tiered carve out and email correspondence to bank counsel with revised form of order. | 1.10 | 690.00 | 759.00 |
| 09/22/2025 | Burnett, William J. | Prepare review and revise separate sale motions for Sepviva property and tulip property and email correspondence regarding same | 1.60 | 690.00 | 1,104.00 |
| 09/22/2025 | Burnett, William J. | Follow up call with broker regarding deposit for tulip sale as well as activity report exhibits for sale motions | 0.20 | 690.00 | 138.00 |
| 09/22/2025 | Vagnozzi, Jennifer L. | Telephone call with W. Burnett re: sale motions | 0.10 | 250.00 | 25.00 |
| 09/22/2025 | Vagnozzi, Jennifer L. | Email with chambers regarding 65 day hearing date and status of employment orders | 0.20 | 250.00 | 50.00 |
| 09/22/2025 | Vagnozzi, Jennifer L. | Review and finalize Sale Motions for Tulip and Sepvia properties; prepare exhibit | 0.50 | 250.00 | 125.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/2025 | Burnett, William J. | Email correspondence with counsel to secured lender and review and revise revise form of order for carve out agreement and follow up with open items for sale motions | 0.70 | 690.00 | 483.00 |
| 09/23/2025 | Vagnozzi, Jennifer L. | Receipt of signed orders approving FG and Marcus & Millichap's employment; revise notice of sale motions | 0.20 | 250.00 | 50.00 |
| 09/24/2025 | Vagnozzi, Jennifer L. | Email correspondence with W. Burnett; efile revised PFO for carve-out motion | 0.20 | 250.00 | 50.00 |
| 09/25/2025 | Vagnozzi, Jennifer L. | Draft and efile CNO for carve-out motion | 0.30 | 250.00 | 75.00 |
| 09/26/2025 | Vagnozzi, Jennifer L. | Receipt of activity report from broker; re-date sale motions; Efile and serve on all parties; calendar objection and hearing deadlines | 1.20 | 250.00 | 300.00 |
| 09/26/2025 | Vagnozzi, Jennifer L. | Email as-filed copies of the sale motions to the broker | 0.10 | 250.00 | 25.00 |
| 09/29/2025 | Vagnozzi, Jennifer L. | Email from M. Gvozdenovic re: typo in proposed order for Sepviva sale; revise and efile same | 0.20 | 250.00 | 50.00 |
| 09/29/2025 | Vagnozzi, Jennifer L. | Review corrective docket entry; link 12/2/25 hearing date to Tulip Street sale motion | 0.10 | 250.00 | 25.00 |
| 10/06/2025 | Burnett, William J. | Prepare for court hearing on secured creditor carve out review court calendar and communication with Chambers regarding scheduling issues and follow up. Email correspondence regarding same. | 0.40 | 690.00 | 276.00 |
| 10/20/2025 | Vagnozzi, Jennifer | Draft and Efile CNO for Sale | 0.30 | 250.00 | 75.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

Invoice Date: September 30, 2026

Invoice Num.: 517354

Matter Number: 116532.0035

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | L. | Motion | | | |
| 10/20/2025 | Vagnozzi, Jennifer L. | Revise proposed forms of order for Sale Motions pursuant to City of Philadelphia's request; Efile same and email with Chambers regarding October 21st hearing | 0.50 | 250.00 | 125.00 |
| 10/20/2025 | Burnett, William J. | Prepare for sale hearing and proffer | 1.40 | 690.00 | 966.00 |
| 10/21/2025 | Burnett, William J. | Prepare for and Attend sale hearing for Sepviva street. | 2.30 | 690.00 | 1,587.00 |
| 10/24/2025 | Vagnozzi, Jennifer L. | Telephone call with Clerk's office regarding obtaining a certified copy of the order approving sale for 3573-77 Sepviva; telephone call with W. Burnett and email correspondence with K. Hasker re: same | 0.40 | 250.00 | 100.00 |
| 10/24/2025 | Vagnozzi, Jennifer L. | Email correspondence to R. Holber with timestamped copy of COS of the sale motion and status of certified order approving the sale | 0.10 | 250.00 | 25.00 |
| 10/27/2025 | Burnett, William J. | Obtain certified copy of sale order for Sepviva property | 0.20 | 690.00 | 138.00 |
| 10/28/2025 | Burnett, William J. | Letter to title agent regarding certified sale order. | 0.20 | 690.00 | 138.00 |
| 10/28/2025 | Burnett, William J. | Email correspondence with title agents regarding Sepviva closing issues | 0.40 | 690.00 | 276.00 |
| 11/03/2025 | Vagnozzi, Jennifer L. | Efile Addendum to Purchase Agreement | 0.10 | 250.00 | 25.00 |
| 11/14/2025 | Vagnozzi, Jennifer L. | Efile Addendum to Purchase Agreement for Tulip Street property | 0.10 | 250.00 | 25.00 |
| 12/01/2025 | Vagnozzi, Jennifer | Draft and Efile CNO for | 0.40 | 250.00 | 100.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | L. | Aramingo & Tulip Sale Motion | | | |
| 12/01/2025 | Burnett, William J. | Review tulip Street sale motion and prepare proffer and prepare for sale hearing. | 1.30 | 690.00 | 897.00 |
| 12/02/2025 | Burnett, William J. | Attend sale hearing for Tulip/Aramingo Ave Property and email correspondence regarding proposed form of order | 0.70 | 690.00 | 483.00 |
| 12/12/2025 | Burnett, William J. | Email correspondence regarding closing date, timing logistics, as well as amendment to asset purchase agreement regarding closing | 0.30 | 690.00 | 207.00 |
| 12/18/2025 | Vagnozzi, Jennifer L. | Efile Addendum to Purchase Agreement for Tulip/Aramingo sale | 0.10 | 250.00 | 25.00 |
| 01/07/2026 | Burnett, William J. | Email correspondence regarding buyer delays and potential extension for asset, purchase agreement and related additional deposit or extension fee and telephone to Trustee regarding strategy | 0.30 | 710.00 | 213.00 |
| 01/15/2026 | Burnett, William J. | Telephone from Trustee regarding amendment to Tioga agreement | 0.20 | 710.00 | 142.00 |
| 01/15/2026 | Burnett, William J. | Email correspondence regarding EPA and terms of amendment and extension of asset purchase agreement, closing date and prepare review and revise amendment | 0.90 | 710.00 | 639.00 |
| 01/16/2026 | Vagnozzi, Jennifer L. | Efile Addendum to Purchase Agreement for Tulip/Aramingo property | 0.10 | 270.00 | 27.00 |
| 01/16/2026 | Burnett, William J. | Review amendment to Tioga sale agreement regarding EPA | 0.20 | 710.00 | 142.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | penalties, and closing date and coordinate signing and filing | | | |
| 01/26/2026 | Burnett, William J. | Email from Tim Stevenson regarding Tioga buyer and telephone from same and telephone to Trustee regarding same. | 0.30 | 710.00 | 213.00 |
| 01/28/2026 | Burnett, William J. | Email correspondence from broker regarding defaulting buyer and email correspondence to counsel to lender regarding strategy | 0.30 | 710.00 | 213.00 |
| 01/30/2026 | Burnett, William J. | Email correspondence with counsel to lender regarding follow up on potential resale options for Tioga. | 0.20 | 710.00 | 142.00 |
| 02/13/2026 | Burnett, William J. | Email correspondence regarding strategy for reselling Tioga property and telephone to Trustee regarding Same. | 0.40 | 710.00 | 284.00 |
| 02/13/2026 | Burnett, William J. | Email correspondence with counsel to the bank regarding carve out and strategy for finding a second buyer for Tioga property and telephone to Trustee regarding same | 0.40 | 710.00 | 284.00 |
| 02/13/2026 | Burnett, William J. | Email correspondence with counsel to the bank regarding carve out and strategy for finding a second buyer for Tioga property and telephone to Trustee regarding same | 0.40 | 710.00 | 284.00 |
| 02/19/2026 | Burnett, William J. | Review Marcus Mishap broker proposal to remarket Tioga property, and email correspondence to counsel to secured lender. | 0.30 | 710.00 | 213.00 |
| 03/12/2026 | Burnett, William J. | Telephone with Trustee regarding new sales offer and | 0.60 | 710.00 | 426.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | broker listing agreement and structure for carve out and email correspondence to counsel to the bank as well as with broker | | | |
| 03/13/2026 | Burnett, William J. | Email correspondence with counsel to bank and brokers regarding potential sale | 0.40 | 710.00 | 284.00 |
| 03/13/2026 | Burnett, William J. | Email correspondence with counsel to bank and brokers regarding potential sale | 0.40 | 710.00 | 284.00 |
| 04/09/2026 | Burnett, William J. | Email correspondence regarding potential offers for Tioga property | 0.30 | 710.00 | 213.00 |
| 04/10/2026 | Burnett, William J. | Review and revise new asset purchase agreement for property and email correspondence to broker and Trustee regarding Same. | 0.80 | 710.00 | 568.00 |
| 04/13/2026 | Vagnozzi, Jennifer L. | Review case and new sale agreement for Tulip & Aramingo; draft 9019 Sale Motion | 1.40 | 270.00 | 378.00 |
| 04/13/2026 | Burnett, William J. | Prepare review and revise new sale motion for new purchaser for Tioga property | 2.30 | 710.00 | 1,633.00 |
| 04/14/2026 | Burnett, William J. | Review revise and finalize motion for approval of sale of Tioga property | 0.80 | 710.00 | 568.00 |
| 04/15/2026 | Vagnozzi, Jennifer L. | Finalize Sale Motion; Efile and serve on all parties; calendar objection and hearing dates | 1.00 | 270.00 | 270.00 |
| 04/28/2026 | Burnett, William J. | Review amendment to asset, purchase agreement and email correspondence with Trustee and broker regarding closing issues | 0.30 | 710.00 | 213.00 |
| 04/28/2026 | Burnett, William J. | Email correspondence with the | 0.20 | 710.00 | 142.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | city of Philadelphia regarding amendment to sale order to address L & I violations. | | | |
| 04/28/2026 | Vagnozzi, Jennifer L. | Efile Addendum to Tulip & Aramingo Purchase Agreement | 0.10 | 270.00 | 27.00 |
| 04/28/2026 | Burnett, William J. | Review amendment to asset, purchase agreement and email correspondence with Trustee and broker regarding closing issues | 0.30 | 710.00 | 213.00 |
| 05/04/2026 | Burnett, William J. | Prepare review and revise declaration of Robert Holber and support of Tioga sale | 0.60 | 710.00 | 426.00 |
| 05/04/2026 | Vagnozzi, Jennifer L. | Draft Holber Declaration in Support of Tioga & Aramingo Sale Motion | 0.80 | 270.00 | 216.00 |
| 05/04/2026 | Vagnozzi, Jennifer L. | Revise Sale Order; email with W. Burnett re: same | 0.20 | 270.00 | 54.00 |
| 05/05/2026 | Vagnozzi, Jennifer L. | Efile Holber Declaration in Support of Tioga & Aramingo Sale | 0.10 | 270.00 | 27.00 |
| 05/11/2026 | Burnett, William J. | Review sale objection filed by Pennsylvania Department of environmental protection and review and revise proposed formal order and send email to council to Pennsylvania DEP to attempt to resolve same. | 1.10 | 710.00 | 781.00 |
| 05/12/2026 | Burnett, William J. | Conference call with Pennsylvania Department of environmental protection counsel, Gina Thomas, regarding objection to sale and prepare and revise form of sale order and email correspondence regarding same. | 0.40 | 710.00 | 284.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

Invoice Date: September 30, 2026
Invoice Num.: 517354
Matter Number: 116532.0035

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/2026 | Vagnozzi, Jennifer L. | Prepare and Efile CNO for Tulip & Aramingo sale motion | 0.30 | 270.00 | 81.00 |
| 05/13/2026 | Vagnozzi, Jennifer L. | Email with D. Tancredi re: revised proposed sale order | 0.10 | 270.00 | 27.00 |
| 05/13/2026 | Vagnozzi, Jennifer L. | Efile revised PFO for Tulip & Aramingo Sale | 0.10 | 270.00 | 27.00 |
| 05/19/2026 | Tancredi, Damien N | Prepare for an attend sale hearing. | 3.00 | 570.00 | 1,710.00 |
| 06/18/2026 | Vagnozzi, Jennifer L. | Finalize and Efile Sharer employment application; calendar objection deadline; serve on parties | 0.60 | 270.00 | 162.00 |
| 06/18/2026 | Vagnozzi, Jennifer L. | Draft Snyder employment application; email to R. Holber and R. Snyder for approval | 1.00 | 270.00 | 270.00 |
| 07/17/2026 | Vagnozzi, Jennifer L. | Draft and Efile CNO for Snyder Employment | 0.40 | 270.00 | 108.00 |
| 08/10/2026 | Burnett, William J. | Telephone with Bob Snyder regarding status of case and tax return issues | 0.20 | 710.00 | 142.00 |
| 09/16/2026 | Vagnozzi, Jennifer L. | Review docket; download order approving Sharer Petree employment and email with W. Burnett re: same | 0.10 | 270.00 | 27.00 |
| 09/16/2026 | Vagnozzi, Jennifer L. | Review and revise Sharer Petree first and final fee application; draft PFO, Notice and COS; email with W. Burnett re: same | 1.00 | 270.00 | 270.00 |
| 09/18/2026 | Vagnozzi, Jennifer L. | Finalize and Efile Sharer Petree's First & Final Fee App; calendar objection deadline and serve | 0.50 | 270.00 | 135.00 |
| 09/24/2026 | Vagnozzi, Jennifer L. | First draft of FG fee application | 1.00 | 270.00 | 270.00 |
| 09/30/2026 | Vagnozzi, Jennifer L. | Email with Accounting re: invoice for Fee Application | 0.10 | 270.00 | 27.00 |

Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

Invoice Date: September 30, 2026

Invoice Num.: 517354

Matter Number: 116532.0035

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Total** | | | **61.30** | | **$31,939.00** |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt. Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance. To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice