Client: Holber, Robert (Chapter 7 Trustee)

Matter: Tioga Fuel Company Inc.

| | |
|---|---|
| Invoice Date: | September 30, 2026 |
| Invoice Num.: | 517354 |
| Matter Number: | 116532.0035 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/26/2025 | U.S. Bankruptcy Court Eastern District of Pennsylvania - Sale Motion | 1.00 | 199.00 |
| 09/26/2025 | U.S. Bankruptcy Court Eastern District of Pennsylvania - Sale Motion | 1.00 | 199.00 |
| 09/30/2025 | Pacer September 2025 | 1.00 | 1.80 |
| 11/03/2025 | Certification fee. | 1.00 | 12.00 |
| 11/05/2025 | Worldwide Express Invoice 251102W003041 | 1.00 | 27.50 |
| 12/31/2025 | Pacer December 2025 | 1.00 | 0.20 |
| 04/15/2026 | PA Eastern Bankruptcy Court- Filing Fee for Sale Motion | 1.00 | 199.00 |
| 04/30/2026 | Pacer | 1.00 | 0.80 |
| 05/29/2026 | Pacer May 2026 | 1.00 | 0.20 |
| **Total** | | | **$639.50** |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt. Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance. To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice