**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**ORDER**

AND NOW, this day of , 2026, upon consideration of the First and Final Application of Flaster/Greenberg P.C., for Compensation for Legal Services Rendered as Counsel for the Trustee and for Reimbursement of Expenses for the period September 2, 2025 through September 30, 2026, and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C. counsel for the Trustee, is hereby allowed the first and final award of $31,939.00 in compensation for fees and $639.50 for expenses, with *de novo* final review after submission of the TFR for the time period September 2, 2025 through September 30, 2026.

BY THE COURT:

____________________________________
THE HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

(Interested parties listed on the following page)

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Robert H. Holber, Chapter 7 Trustee
Law Office of Robert H. Holber P.C.
41 East Front Street
Media, PA 19063

United States Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405