**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**NOTICE OF FIRST AND FINAL APPLICATION OF FLASTER/GREENBERG P.C., COUNSEL FOR THE TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 2, 2025 THROUGH SEPTEMBER 30, 2026**

TO THE DEBTOR AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN THAT:

1. The law firm of Flaster/Greenberg P.C., has filed its First and Final Application for Compensation for Legal Services Rendered as Counsel for the Trustee and for Reimbursement of Expenses (the "Application") seeking allowance of compensation in the amount of $31,939.00 and expenses in the amount of $639.50 for the period of September 2, 2025 through September 30, 2026.

2. Any party receiving this notice may file an answer, objection or other responsive pleading with the Office of the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 and serve a copy on counsel for the Trustee, whose name and address appears below, on or before fourteen (14) days from the date of this Notice.

3. If no objection is filed and served in the manner set forth in paragraph 2 above, the Applicant will file a certification of no objection, in which event the Court may, upon consideration of the record and without hearing, enter an Order granting the Application.

4. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorneys listed below.

FLASTER/GREENBERG P.C.

Dated: October 9, 2026

*/s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
(215) 279-9383
*Counsel for Robert H. Holber, Chapter 7 Trustee*