**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TIOGA FUEL COMPANY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12706-DJB |

**CERTIFICATE OF SERVICE**

I, Jennifer Vagnozzi, hereby certify that on this 9th day of October, 2026, a true and correct copy of the First and Final Application of Flaster/Greenberg P.C., for Compensation and Reimbursement of Expenses (the "Application"), together with the Notice of Application, was served via first class mail, postage prepaid, upon the parties listed below.

| | |
|---|---|
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut St., Suite 500<br>Philadelphia, PA 19107-4405 | Robert H. Holber<br>Law Office of Robert H. Holber P.C.<br>41 East Front Street<br>Media, PA 19063 |
| | |

I further certify that the Notice of Application was served via first class mail, postage prepaid, upon the parties on the attached mailing matrix.

Dated: October 9, 2026

/s/ *Jennifer Vagnozzi*
Jennifer Vagnozzi